IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE CO. a/s/o A.G. EDWARDS & SONS, INC. | : |
| Plaintiff, | : |
| v. | : |
| LIGHTOLIER, a division of GENLYTE THOMAS GROUP, L.L.C., | : |
| Defendant, | : CASE NO. 3:01 CV 197 (AHN) |
| and | : |
| SEACO INSURANCE COMPANY a/s/o CORNER HOUSE ASSOCIATES, LLP | : |
| Plaintiff | : |
| v. | : |
| LIGHTOLIER, a division of GENLYTE THOMAS GROUP, LLC | : |
| Defendant | : OCTOBER 28, 2003 |

**OBJECTION TO MOTION TO FOR
CONTINUANCE, OR IN THE ALTERNATIVE, TO PRECLUDE WITNESS**

The defendant, Lightolier, a division of Genlyte Thomas Group, LLC, hereby objects to the plaintiff, Seaco Insurance Company's Motion for Continuance or in the Alternative, Motion to Preclude dated October 16, 2003. The defendant submits that the disclosure of Mete Kantar, Robert Wedekind and Michael O'Boyle was timely made and does not prejudice the plaintiff. In support, the defendant represents as follows:

1. The witnesses that are the subject of the plaintiff's motion, Mete Kantar, Robert Wedekind and Michael O'Boyle, were seasonably disclosed on October 2, 2003; **exhibit A;** pursuant to Fed. R. Civ. P. 26(a)(1) and 26(e). Rule 26 (e) specifically allows for supplement of disclosures made under subdivision (a) to provide "additional or corrective information".

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served, via U.S. Mails, proper postage affixed, on this 28th day of October 28, 2003, to all counsel and *pro se* parties of record addressed to the following:

Justin J. Donnelly, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096

Robert W. Cassot, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

_____
Frederick B. Tedford

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE CO.<br>a/s/o A.G. EDWARDS & SONS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>LIGHTOLIER, a division of GENLYTE<br>THOMAS GROUP, L.L.C.,<br><br>    Defendant,<br><br>and<br><br>SEACO INSURANCE COMPANY a/s/o<br>CORNER HOUSE ASSOCIATES, LLP<br><br>    Plaintiff<br><br>v.<br><br>LIGHTOLIER, a division of GENLYTE<br>THOMAS GROUP, LLC<br><br>    Defendant | CASE NO. 3:01 CV 197 (AHN)<br><br><br><br><br><br><br>OCTOBER 2, 2003 |

**SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE BY THE DEFENDANT
LIGHTOLIER, A DIVISION OF GENLYTE THOMAS GROUP, LLC**

The defendant, Lightolier, a division of Genlyte Thomas Group, LLC, hereby discloses the following individuals who may be called to testify in the defense of this matter:

1. **Mete Kantar, Vice President**
    Total Customer Support
    Lightolier, Inc.
    Airport Road
    Fall River, MA

Mr. Kantar may be called to testify with regard to his responsibilities while employed at Lightolier from 1981 to the present where he served in the positions of a quality control engineer, manager of engineering services and presently as Vice President of Total Customer

Support. He may testify concerning his involvement with the subject product and with respect to both in the field of customer support and with respect to quality control.

2. **Robert Wedekind**
   Director of Lytecaster Business
   Lightolier, Inc.
   Airport Road
   Fall River, MA

Mr. Wedekind may testify with respect to his responsibilities at Lightolier for the past twenty-two years. Mr. Wedekind is an industrial designer and product architect and may discuss the process through which products are developed and tested for the market place, including the subject property.

3. **Michael O'Boyle**
   Manager of Codes, Standards and Laboratories
   Lightolier, Inc.
   Airport Road
   Fall River, MA

Mr. O'Boyle may testify with regard to his background and experiences while employed at Underwriter's Laboratory from 1983 to 1988 and with regard to his employment at Lightolier from 1988 to present. Mr. O'Boyle may testify concerning his role at Lightolier as Manager of Codes and Standards and, more recently, in his expanded role to include managing the Lightolier laboratory which performs testing on its products, including the subject fixture.

RESPECTFULLY SUBMITTED,
LIGHTOLIER, a division of
GENLYTE THOMAS GROUP, L.L.C.,

By: _____
Frederick B. Tedford (ct05335)
TEDFORD & HENRY, LLP
750 Main Street
Hartford, CT 06106
Phone (860) 293-1200
Fax (860) 293-0685
Attorneys for the Defendant
ftedford@tedfordhenry.com

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

            Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

            Defendant      CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

            Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

            Defendant      OCTOBER 7, 2003

## NOTICE OF DEPOSITION

Please take notice that the undersigned plaintiff will take the deposition of **ROBERT WEDEKIND**, Director of Lytecaster Business for Lightolier, Inc., for purposes of discovery and/or use at the trial of this matter before Brandon Smith Reporting Service, or other competent authority, on **Monday, November 3, 2003, at 10:00 a.m.** at the offices of Morrison, Mahoney & Miller, LLP, 10 North Main Street in Fall River, Massachusetts.

1

You are invited to attend and cross-examine. The deposition shall continue from day to day until completed.

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By _____
Joel M. Fain-CT Federal Bar #05425
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

2

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 7th day of October, 2003:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street
Hartford, CT 06106

Justin J. Donnelly, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096

_____
Robert W. Cassot

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant         CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant         OCTOBER 7, 2003

## NOTICE OF DEPOSITION

Please take notice that the undersigned plaintiff will take the deposition of **METE KANTAR**, Vice President, Total Customer Support for Lightolier, Inc., for purposes of discovery and/or use at the trial of this matter before Brandon Smith Reporting Service, or other competent authority, on **Monday, November 3, 2003, at 3:00 p.m.** at the offices of Morrison, Mahoney & Miller, LLP, 10 North Main Street in Fall River, Massachusetts.

1

You are invited to attend and cross-examine. The deposition shall continue from day to day until completed.

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By_____
Joel M. Fain-CT Federal Bar #05425
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

2

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 7th day of October, 2003:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street
Hartford, CT 06106

Justin J. Donnelly, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096

/s/ Robert W. Cassot
Robert W. Cassot

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant         CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant         OCTOBER 7, 2003

## NOTICE OF DEPOSITION

Please take notice that the undersigned plaintiff will take the deposition of **MICHAEL O'BOYLE**, Manger of Codes, Standards and Laboratories for Lightolier, Inc., for purposes of discovery and/or use at the trial of this matter before Brandon Smith Reporting Service, or other competent authority, on **Monday, November 3, 2003, at 1:00 p.m.** at the offices of Morrison, Mahoney & Miller, LLP, 10 North Main Street in Fall River, Massachusetts.

1

You are invited to attend and cross-examine. The deposition shall continue from day to day until completed.

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By _____
Joel M. Fain-CT Federal Bar #05425
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

2

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 7th day of October, 2003:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street
Hartford, CT 06106

Justin J. Donnelly, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096

Robert W. Cassot

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE CO. a/s/o A.G. EDWARDS & SONS, INC. Plaintiff<br><br>v.<br><br>LIGHTOLIER, a division of GENLYLE THOMAS GROUP, LLC. Defendant<br>and<br><br>SEACO INSURANCE COMPANY a/s/o CORNER HOUSE ASSOCIATES, LLP Plaintiff<br>v.<br><br>LIGHTOLIER, a division of GENLYTE THOMAS GROUP, L.L.C. Defendant | CASE NO: 3:01CV197 (AHN)<br><br>JURY TRIAL DEMANDED<br><br><br><br><br><br><br><br>OCTOBER 10, 2003 |

## NOTICE OF DEPOSITION

Please take notice that the undersigned plaintiff will take the deposition of **METE KANTAR**, Vice President, Total Customer Support for Lightolier, Inc., for purposes of discovery and/or use at the trial of this matter before Brandon Smith Reporting Service, or other competent authority, on **Monday, November 3, 2003, at 3:00 p.m.** at the offices of Morrison, Mahoney & Miller, LLP, 10 North Main Street in Fall River, Massachusetts.

You are invited to attend and cross-examine. The deposition shall continue from day to day until completed.

                THE PLAINTIFF,
                ATLANTIC MUTUAL INSURANCE CO.
                a/s/o A.G. EDWARDS & SONS, INC.

BY: _____
                Justin J. Donnelly, Esq.
                Law Offices of
                  Stuart G. Blackburn
                Two Concorde Way
                P.O. Box 608
                Windsor Locks, CT 06096
                Tel. (860) 292-1116
                Fed. Bar #ct05649

## CERTIFICATION

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION has been mailed on this 10th day of October, 2003 postage prepaid, first class mail, to the following:

Brian P. Henry, Esq.
Tedford & Henry, LLP
750 Main Street
Hartford, CT 06106


Joel M. Fain, Esq.
Morrinson, Mahoney & Miller
1 Constitution Plaza, 10th Floor
Hartford, CT 06103

_____
Justin J. Donnelly, Esq.