FILED
2003 OCT 17 P 2:37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

        Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

        Defendant         CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

        Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

        Defendant         OCTOBER 16, 2003

## MOTION FOR CONTINUANCE OR IN THE ALTERNATIVE, MOTION TO PRECLUDE DEFENDANT'S LATE-DISCLOSED WITNESSES

The plaintiff, Seaco Insurance Company, hereby moves the Court to preclude the testimony of the defendant's witnesses, Mete Kantar, Robert Wedekind and Michael O'Boyle, on the grounds that these witnesses were late disclosed. In the alternative, the defendant seeks a continuation of the trial date so that discovery of these witnesses can be conducted and additional expert testimony to rebut these witnesses can be developed by the plaintiff.

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

---

November 17, 2003. Plaintiff Seaco Insurance Co.'s Motion for a Continuance is hereby DENIED, and its Motion to Preclude Defendant's Late-Disclosed Witnesses is also DENIED, but without prejudice. SO ORDERED.

Alan H. Nevas, U.S.D.J.

FILED 2003 NOV 18 P 4:26