FILED

2003 NOV 24  P 12: 29

US DISTRICT COURT
BRIDGEPORT CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.            :
a/s/o A.G. EDWARDS & SONS, INC.          :
      Plaintiff                     :
                                             : CASE NO: 3:01CV197 (AHN)
v.                                       :
                                             : JURY TRIAL DEMANDED
LIGHTOLIER, a division of GENLYLE        :
THOMAS GROUP, LLC.                       :
         Defendant                 :
and                                      :
                                           :
SEACO INSURANCE COMPANY a/s/o            :
CORNER HOUSE ASSOCIATES, LLP             :
        Plaintiff                  :
v.                                       :
                                           :
LIGHTOLIER, a division of GENLYTE        :    NOVEMBER 18, 2003
THOMAS GROUP, L.L.C.                     :
         Defendant                 :

### STIPULATION FOR JUDGMENT OF DISMISSAL

      Pursuant to Rule 41 F.R.C.P., the parties hereby agree that the plaintiff,

ATLANTIC MUTUAL INSURANCE CO. a/s/o A.G. EDWARDS & SONS, INC.

LLP's action against the defendant, LIGHTOLIER, a division of GENLYLE

THOMAS GROUP, LLC., shall be dismissed with prejudice and without costs to

any party.

THE PLAINTIFF,                          THE DEFENDANT,

BY: _____         BY: _____
  Justin J. Donnelly, Esq.                  Fredrick Tedford, Esq.
  Law Offices of Stuart G. Blackburn        Tedford & Henry, LLP
  Two Concorde Way                          750 Main Street
  P.O. Box 608                              Hartford, CT 06106
  Windsor Locks, CT 06096                   Tel. (860) 293-1200
  Tel. (860) 292-1116                       Fax: (860) 293-0685
  Fax: (860) 292-1221                        Fed. Bar#: ct05335
  Fed. Bar#: ct05649