01CV197STIP
01CV197end

FILED

2003 NOV 24  P 12: 29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE CO. a/s/o A.G. EDWARDS & SONS, INC.<br>Plaintiff | |
| v. | CASE NO: 3:01CV197 (AHN) |
| LIGHTOLIER, a division of GENLYLE THOMAS GROUP, LLC.<br>Defendant<br>and | JURY TRIAL DEMANDED |
| SEACO INSURANCE COMPANY a/s/o CORNER HOUSE ASSOCIATES, LLP<br>Plaintiff | |
| v. | |
| LIGHTOLIER, a division of GENLYTE THOMAS GROUP, L.L.C.<br>Defendant | NOVEMBER 18, 2003 |

## STIPULATION FOR JUDGMENT OF DISMISSAL

Pursuant to Rule 41 F.R.C.P., the parties hereby agree that the plaintiff, ATLANTIC MUTUAL INSURANCE CO. a/s/o A.G. EDWARDS & SONS, INC. LLP's action against the defendant, LIGHTOLIER, a division of GENLYLE THOMAS GROUP, LLC., shall be dismissed with prejudice and without costs to any party.

12/01/03. APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.