UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant      CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant      MARCH 3, 2004

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the plaintiff, Seaco Insurance Company a/s/o Corner House Associates, LLP.

Dated at Hartford, Connecticut this 3rd day of March, 2004.

1

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By_____
James L. Brawley - CT Federal Bar # 17321
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record this 3rd day of March, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street
Hartford, CT 06106

Justin J. Donnelly, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096

_____
James L. Brawley

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459