Held
3-5-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

March 5, 2004

11:00 a.m.

CASE NO **3:01cv197 (AHN) Atlantic Ins. Co Inc, v Lightolier, et al**
**3:01cv2403(AHN) Seaco Ins Co v Lightolier**

✓ Joel M. Fain
Darren E. Sinofsky
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810

Brian P. Henry
✓ Frederick B. Tedford
· Tedford & Henry
750 Main Street, Suite 510
Hartford, CT 06103

Darren E. Sinofsky
✓ Robert W. Cassot
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810

~~Justin Donnelly, Sr.
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096~~

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

- Jury selection for 4-5-04 (already scheduled)
- possibility of bench trial — parties will inform us.