UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

               Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

               Defendant         CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

               Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

               Defendant         MARCH 24, 2004

**PLAINTIFF'S DESIGNATION OF EXHIBITS**

Pursuant to the Court's pre-trial order of October 3, 2003, the plaintiff, Seaco Insurance Company, hereby identifies the exhibits it intends to offer at trial.

| Exhibit Nos. | Description |
| --- | --- |
| 1. | Subject light fixture |
| 2. | Exemplar Light Fixture Identified as |
| 3. | Exemplar Light Fixture Identified as |

1

| | |
|---|---|
| 4. | Report of Fire Marshal Vincent DiPietro dated February 1, 2000. |
| 5-27. | Photographs 1-22 of Fire Marshal DiPietro report, taken on 12/28/99 |
| 28-38. | Photographs 1-10 of Fire Marshal DiPietro's report, taken on February 29, 2000. |
| 39-85. | Photographs identified as 1-46 in the report of Daniel Slowick of Fire Science technologies dated February 16, 2000. |
| 86-122. | Photographs identified as 1-37 in the report of Ronald R. Mullen of EFI dated January 17, 2000. |
| 123. | Hand written sketch identified as Defendant's exhibit 5 to deposition of T. Haynes, 12/18/02. |
| 124. | Hand written notes identified as Defendant's exhibit 3 to deposition of T. Haynes, 12/19/02. |

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP


By_____
James L. Brawley -CT Federal Bar # 17321
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

2

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was mailed, via U.S. mail, postage prepaid, to the following counsel of record this 24th day of March, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06106

With a Courtesy Copy To:

The Honorable Judge Alan H. Nevas
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

                                                James L. Brawley
                                                Robert W. Cassot

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459