IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEACO INSURANCE COMPANY a/s/o CORNER HOUSE ASSOCIATES, LLP, | : : : | CASE NO. 3:01 CV 197 (AHN) |
| Plaintiff, | : : | |
| v. | : : | |
| LIGHTOLIER, a division of GENLYTE THOMAS GROUP, LLC, | : : : | |
| Defendant. | : | MARCH 26, 2004 |

## DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF THOMAS HAYNES

The defendant, Lightolier, a division of Genlyte Thomas Group, LLC ("Lightolier"), by and through its attorneys, Tedford & Henry, LLP, herein moves *in limine* to preclude the testimony of defendant Seaco's proffered expert, Thomas Haynes. As the defendant cannot meet the standards imposed by Federal Rule of Civil Procedure 26(a)(2), Federal Rule of Evidence 702, or the principles articulated in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), for the admissibility of Mr. Haynes' testimony, this Court should preclude such testimony.

In support of this Motion, Lightolier submits a Memorandum of Law, the Affidavits of John Machnicki and Michael O'Boyle, and the Exhibits referenced therein.

WHEREFORE, Lightolier respectfully requests that this Court grant this Motion.

Dated: March 26, 2004                                     Respectfully submitted,

By: _____
Frederick B. Tedford (ct05335)
TEDFORD & HENRY, LLP
750 Main Street, Suite 510
Hartford, CT  06103
**ORAL ARGUMENT REQUESTED;**            Phone: (860) 293-1200
**EVIDENTIARY HEARING REQUIRED.**       Fax:    (860) 293-0685
ftedford@tedfordhenry.com
Attorneys for the Defendant

# **CERTIFICATION**

      I hereby certify that a copy of the foregoing was served, via U.S. Mails, proper postage affixed, on this 26th day of March, 2004, to all counsel and *pro se* parties of record addressed to the following:

Robert W. Cassot, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT  06103

                                                               _____
                                                               Frederick B. Tedford