**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SEACO INSURANCE COMPANY a/s/o | : | |
| CORNER HOUSE ASSOCIATES, LLP | : | CASE NO. 3:01 CV 197 (AHN) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LIGHTOLIER, a division of GENLYTE | : | |
| THOMAS GROUP, LLC | : | |
| | : | |
| Defendant | : | MARCH 29, 2004 |

**DEFENDANT'S EXHIBIT LIST**

EXHIBIT A        Curriculum Vitae of John Machnicki

EXHIBIT B        Power Point presentation with hard copy for Judge Nevas, Counsel and Jurors.

EXHIBIT C        Photographs:
- C-1    FFM 2
- C-2    FFM 1
- C-3    Mullen 1-10
- C-4    Mullen 1-4
- C-5    Cristino 1-24
- C-6    Mullen 1-11
- C-7    Cristino 1-22
- C-8    Cristino 1-19
- C-9    FFM 17
- C-10   SFM 24
- C-11   Cristino 1-11
- C-12   FFM 10
- C-13   Mullen, Deposition Exhibit #18
- C-14   Mullen 1-16
- C-15   FFM 12
- C-16   FFM 13

C-17   Cristino 3-17
C-18   Machnicki file photo – Electrical Activity
C-19   Cristino 3-14
C-20   Machnicki 1
C-21   Machnicki 2
C-22   Machnicki 3
C-23   Machnicki 4
C-24   SFM – 23
C-25   Cristino 1-18
C-26   SFM 11
C-27   FFM 20
C-28   Mullen 1-33
C-29   Cristino 2-14
C-30   Mullen Deposition, Exhibit 11
C-31   FFM 9 (third set)
C-32   FFM 21
C-33   SFM 9
C-34   Mullen 1-23
C-35   SFM 14
C-36   SFM 15
C-37   SFM 20
C-38   SFM 21
C-39   SFM 19
C-40   FFM 5
C-41   Mullen photo
C-42   Mullen photo
C-43   Mullen photo
C-44   Cristino 2-19
C-45   Cristino 2-20
C-46   Cristino 2-21
C-47   Cristino 2-22
C-48   MacDonald 3-21
C-49   Slowick 36
C-50   FFM 11
C-51   Slowick 42
C-52   Slowick 43
C-53   FFM 9
C-54   FFM 12

| | |
|---|---|
| EXHIBIT D | Subject light fixture |
| EXHIBIT E | Exemplar marked as Cristino Deposition Exhibit 1 and 1-A |
| EXHIBIT F | Exemplar marked as Slowick Deposition Exhibit 1 |
| EXHIBIT G | Haynes Deposition Exhibit 3 |
| EXHIBIT H | Haynes Deposition Exhibit 5 |
| EXHIBIT I | Affidavit of Vincent DiPietro |
| EXHIBIT J | Curriculum Vitae of James MacDonald |
| EXHIBIT K | UL 1598 Chapters 11, 12 and 16 |
| EXHIBIT L | Curriculum Vitae of Michael O'Boyle |
| EXHIBIT M | O'Boyle Deposition Exhibit 1 – Test Record |
| EXHIBIT N | O'Boyle Deposition Exhibit 2 – Test Record |
| EXHIBIT O | Installation procedures for Lightolier Frame-In-Kit |
| EXHIBIT P | Meta Kantar's notes regarding complaints relating to subject fixture. (Kantar Deposition Exhibit 2) |
| EXHIBIT Q | National Electric Code Handbook Article 410 Sections 410-64 through 410-72 |
| EXHIBIT R | Farmington Department of Public Safety 911 tape Recording of calls relating to subject fire |
| EXHIBIT S | Northeast Electrical Testing, Inc. Infrared Survey for Cristino Associates, Inc. March 23, 2002 (Cristino Deposition Exhibit 15, 4/4/02) |
| EXHIBIT T | MacDonald drawing of 4 Main Street |
| EXHIBIT U | MacDonald drawing of 4 Main Street |

| | |
|---|---|
| EXHIBIT V | MacDonald timeline |
| EXHIBIT W | MacDonald Deposition Exhibit 3C diagram of 4 Main Street |
| EXHIBIT X | NFPA 907 M Determination of Electrical Fire Causes 1988 Edition |
| EXHIBIT Y | NFPA 921 Fire and Explosion Investigations 1992 Edition |
| EXHIBIT Z | NFPA 921 Fire and Explosion Investigations 1995 Edition |
| EXHIBIT AA | NFPA 921 Fire and Explosion Investigations 1998 Edition |
| EXHIBIT BB | NFPA 921 Fire and Explosion Investigations 2001 Edition |

Dated: March 29, 2004

RESPECTFULLY SUBMITTED,

LIGHTOLIER, a division of
GENLYTE THOMAS GROUP, L.L.C.,

By: _____
Frederick B. Tedford (ct05335)
TEDFORD & HENRY, LLP
750 Main Street
Hartford, CT  06103
Phone (860) 293-1200
Fax (860) 293-0685
Attorneys for the Defendant
ftedford@tedfordhenry.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was served, via U.S. Mails, proper postage affixed, on this 29th day of March, 2004, to all counsel and *pro se* parties of record addressed to the following:

Justin J. Donnelly, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096

Robert W. Cassot, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

                                                _____
                                                Frederick B. Tedford