UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

        Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

        Defendant      CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

        Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

        Defendant      APRIL 1, 2004

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS

The plaintiff, Seaco Insurance Company, hereby objects to the following proposed defense exhibits on the grounds that the following exhibits are hearsay, pursuant to Fed. R. Civ. Proc. 801, with no applicable exceptions under Rule 803 or 804:

1. Exhibit A—Curriculum Vitae of John Machniki

2. Exhibit I—Affidavit of Vincent DiPietro.

3. Exhibit J—Curriculum Vitae of James McDonald.

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

4. Exhibit K—UL 1598 Chapters 11, 12 and 16.

5. Exhibit L—Curriculum Vitae of Michael O'Boyle.

6. Exhibit M—O'Boyle Deposition Exhibit 1, Test Record.

7. Exhibit N—O'Boyle Deposition Exhibit 2, Test Record.

8. Exhibit Q—National Electric Code Handbook Article 410, Sections 410-64 through 410-72.

9. Exhibit P—Meta Kantar's notes regarding complaints relating to the subject fixture. In addition to the Plaintiff objects to Exhibit P on the additional ground that in the event the court determines that the Exhibit is relevant under Fed. R. Civ. Proc. 401, 402, the Exhibit should be excluded under Fed. R. Civ. Proc. 403, in that the probative value of complaints related to other fixtures outweighs the prejudice to the Plaintiff.

10. Exhibit S—Northeast Electrical Testing, Inc. Infrared Survey for Cristino Associates, Inc. March 23, 2002 (Cristino Deposition Exhibit 15, 4/4/02). In addition the Plaintiff objects to Exhibit S on the additional ground that exhibit contains the opinions of an expert witness not identified by any party to this action.

11. Exhibit X—NFPA 907 M.

12. Exhibit Y—NFPA 921 Fire and Explosion Investigations 1992 Edition.

13. Exhibit Z—NFPA 921 Fire and Explosion Investigations 1995 Edition.

14. Exhibit AA—NFPA 921 Fire and Explosion Investigations 1998 Edition.

15. Exhibit BB—NFPA 921 Fire and Explosion Investigations 2001 Edition.

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

In addition, pursuant to the Court's order of October 3, 2003, the plaintiff reserves the right to object to any exhibit offered by the defendant on the grounds that such exhibit is irrelevant.

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By_____
James L. Brawley -CT Federal Bar # 17321
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

3

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, via U.S. mail, postage prepaid, to the following counsel of record this 1st day of April, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06106

With a Courtesy Copy To:

The Honorable Judge Alan H. Nevas
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
James L. Brawley
Robert W. Cassot

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459