UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant      CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant      APRIL 1, 2004

### PLAINTIFF'S SUPPLEMENTAL EXHIBITS

Pursuant to the Court's pre-trial order of October 3, 2003, the Plaintiff, Seaco Insurance Company, hereby identifies the following rebuttal exhibit.

1

| EXHIBIT NO.: | DESCRIPTION |
|---|---|
| 132 | Unsigned Draft Affidavit of Fire Marshal DiPietro and attached correspondence from Attorney Tedford |

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By_____
James L. Brawley -CT Federal Bar # 17321
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

2

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, via hand delivery, to the following counsel of record this 1st day of April, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06106

**With a Courtesy Copy To:**

The Honorable Judge Alan H. Nevas
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
James L. Brawley
Robert W. Cassot

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

**TEDFORD & HENRY, LLP**
ATTORNEYS AT LAW
750 MAIN STREET, SUITE 510
HARTFORD, CONNECTICUT 06103
(860) 293-1200
FACSIMILE
(860) 293-0685

FREDERICK B. TEDFORD
EXTENSION 101

FTEDFORD@TEDFORDHENRY.COM

January 6, 2004

Fire Marshal Vincent DiPietro
Town Hall
One Monteith Drive
Farmington, CT 06031-1053

Re: Seaco Insurance Company a/s/o Corner House Associates, LLP
v. Lightolier, a division of Genlyte Thomas Group, LLC
Location of Fire: 4 Main Street, Farmington, CT
Date of Fire: 12/28/99

Dear Fire Marshal DiPietro:

I am writing in follow up to our meeting on December 10 in connection with the above-referenced fire. I have enclosed an Affidavit for your signature. Please review this document and call me should you wish to make any changes, alterations or additions. If not, please sign this Affidavit before a Notary Public and return it to me in the enclosed envelope. The copy is for your file.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

TEDFORD & HENRY, LLP

Frederick B. Tedford

Enclosure

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEACO INSURANCE COMPANY a/s/o<br>CORNER HOUSE ASSOCIATES, LLP | : | |
| Plaintiff | : | CASE NO. 3:01 CV 197 (AHN) |
| v. | : | |
| LIGHTOLIER, a division of GENLYTE<br>THOMAS GROUP, LLC | : | |
| Defendant | : | JANUARY 6, 2004 |

## AFFIDAVIT

The undersigned, Vincent DiPietro, being first sworn states as follows:

1. I am over the age of eighteen (18) and understand and believe in the obligation of an oath.

2. That on December 28, 1999 I was the Fire Marshal for the Town of Farmington, Connecticut.

3. That on December 28, 1999 I began the investigation of a fire which occurred at 4 Main Street, Farmington, Connecticut.

4. During my investigation I arrived at the conclusion that the fire began in a ceiling roof assembly on the first floor on the north side of the building.

5. In this area of origin was a 110 V incandescent light fixture.

6. At that time I concluded that the fire was caused by combustible insulation which was installed too close to this light fixture.

7. I further concluded that unless any new evidence was learned, the case was closed.

8. Since closing my investigation it has come to my attention that two fire investigators who I have confidence in with respect to their knowledge and understanding of electrical devices, have performed testing with respect to the subject light fixture which I originally believed to be the cause of this fire.

9. The testing performed by Joseph A. Cristino and Thomas Haynes, was recently disclosed to me.

10. The testing by these two investigators demonstrates that the subject light fixture could not have produced sufficient heat to ignite combustible materials which I believe were in close proximity to the subject light fixture.

11. This newly learned evidence causes me to believe that the light fixture did not cause this fire.

12. Had this information been available to me when I investigated this fire, I would have started my investigation over and re-examined my conclusion with regard to the area of origin.

                                                  Vincent DiPietro
                                                  Date: _____

Subscribed and sworn to before me this _____ day of January, 2004.

                                                  Notary Public
                                                  My Commission Expires:_____