UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

      Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

      Defendant   CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

      Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

      Defendant   APRIL 1, 2004

### PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

Pursuant to Paragraph 2 of the Court's order dated October 3, 2003, the plaintiff, Seaco Insurance Company, hereby submits its disclosure of expert witnesses.

I. **NAME AND ADDRESS OF EXPERT**:

  Thomas Haynes
  Crawford Investigation Services
  2084 Plainfield Pike
  Greene, RI 02827

1

A.     **Biographical Sketch**

Mr. Haynes is currently a fire investigator with Crawford Investigations. He holds a Bachelor of Science degree in Resource Development with a major in Chemistry. He has also completed graduate work in the area of fire protection engineering at the Worcester Polytechnic Institute. He has been involved investigating causes and origins of fires since 1962. He has served as an acting Fire Chief for the Kingston Fire District in Rhode Island and has also served as an Assistant Deputy State Fire Marshal in Rhode Island.

From 1972 to 1987 he was the First Assistant Fire Chief of Western Coventry Fire District. In 1979 he began professionally investigating fires as to cause and origin. He is currently a licensed fire investigator with the State of Connecticut Police Bureau of the Fire Marshal. A copy of Mr. Haynes's complete curriculum vitae is attached hereto.

B.     **Statement of Area of Expertise**

Mr. Haynes is an expert in the area of cause and origin of fires.

C.     **Opinions to be Expressed**

Mr. Haynes will testify that the subject light fixture is defective because it generated temperatures that were high enough to cause the paper backed insulation located above the light fixture to catch fire. Mr. Haynes will testify that the light has a thermal protector which is designed to shut the light off when it reaches temperatures that are sufficient to ignite combustible materials located adjacent to the light fixture. Mr. Haynes will testify that the thermal protector is defective because it is located at the bottom of the light so it fails to shut the light off when the temperatures at the top of the light are sufficient to ignite combustible

2

materials located near the light. More specifically, Mr. Haynes will testify that during his expirements the subject light generated temperatures in excess of 194F, which is higher than the temperatures permitted by the National Electric Code. Mr. Haynes will testify further that during his experiments the light generated temperatures that we high enough to ignite the paper back insulation located above the fixture and that the thermal protector failed to shut the light off. Mr. Haynes will testify that the fixture caused the paper backed insulation above the fixture to catch fire. Mr. Haynes will testify that the operation of the thermal protector caused the light to flicker during the two years prior to the accident.

### D.     Brief Summary of Basis for Opinion

Mr. Haynes's opinions are based on his experiments with the subject light fixture as well as his training, education and experience as an investigator of the cause and origin of fires. Mr. Haynes conducted experiments using an exemplar light fixture during which he set the light up similarly to the condition that existed on the date of the fire. Mr. Haynes found that when he tested the light, using bulbs that were approved by the manufacturer, the temperature of the combustible materials next to the light were in excess of those permitted by the National Electric Code ("NEC"). Mr. Haynes also found during his experiments that by using certain bulbs that were approved by the manufacturer, the temperatures generated were sufficient to ignite the paper backed insulation and other combustibles that were located above and near the light. Mr. Haynes further observed that although he observed temperatures during his experiments that were sufficient to cause a fire and exceeded the temperature permitted under the NEC, the thermal protector did not shut the light off. Additionally, Mr. Haynes will testify that a process

3

known as pyrolysis can occur at temperatures in excess of 212 degrees Fahrenheit. It is through the process of pyrolysis that wood, which normally ignites at a temperature in excess of 450 degrees, becomes susceptible to ignition at lower temperatures. Mr. Haynes will testify that the temperatures generated by the subject fixture was sufficient to cause pyrolysis and to ignite the paper back insulation above the light. The basis for Mr. Haynes opinions are set forth more fully in his report which is attached hereto.

### E. Materials on Which the Witness Intends to Rely

Mr. Haynes's testimony will be based on his training, education and experience. Mr. Haynes will also base his opinion on the results of the experiments he conducted on the exemplar fixture.. Additionally, he will rely on photographs taken during the investigations conducted by Fire Marshal Vincent DiPietro, Dan Slowick, and Ronald Mullen.

Mr. Haynes will also rely on the testimony of Maryann Drysgula, as set forth in her deposition. He will also rely on relevant sections of the National Electric Code and on the scientific literature. Mr. Haynes may also rely on the testimony of other witnesses who testify at trial.

Additionally, Mr. Haynes will rely on treatises, including, V. Babrauskas, The Ignition Handbook, (2003) and NFPA 921.

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

II.  **NAME AND ADDRESS OF EXPERT**

>Vincent DiPietro
>One Monteith Drive
>Farmington, CT 06032

A.  **Biographical Sketch**

Mr. DiPietro is currently the Fire Marshal for the Town of Farmington, Connecticut. He is a certified fire investigator and has held that position since 1987. Since 1986 he has investigated between 250 and 300 fires.

B.  **Statement of Area of Expertise**

Fire Marshal DiPietro's testimony will be offered on the issue of the origin of the subject fire.

C.  **Opinions to be Expressed**

Fire Marshal DiPietro will testify that the fire that significantly damaged the insured premises originated in the immediate vicinity of the light fixture manufactured by the defendant, Lightolier. Additionally, Fire Marshal DiPietro will testify that during his investigation, he determined that there were no causes of ignition in the vicinity of the fixture other than the fixture manufactured by the defendant.

D.  **Brief Summary of Basis for Opinion**

Fire Marshal DiPietro's opinion is based on his own personal inspection of the subject property and investigation of the cause and origin of the fire. His opinions are based on his interview of eye witness, Maryann Drysgula, and her testimony that, shortly before smoke was discovered billowing from the subject fixture, Ms. Drysgula heard a "pop" and the light fixture

5

itself went out. Additionally, Fire Marshal DiPietro's opinions are based on his examination of the burn patterns in the subject property, as well as the construction of the subject property. Finally, Fire Marshal DiPietro's opinion is based on skill, training and experience.

### E.  Materials on Which the Witness Intends to Rely

At trial, Fire Marshal DiPietro will rely on photographs taken during his investigation of the fire, as well as photographs taken by other fire investigators.

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By_____
James L. Brawley -CT Federal Bar # 17321
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

6

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, via hand delivery, to the following counsel of record this 1st day of April, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06106

**With a Courtesy Copy To**:

The Honorable Judge Alan H. Nevas
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

James L. Brawley
Robert W. Cassot

7

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

**Thomas Haynes** p. 1 of 7.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

Thomas Haynes
2084 Plainfield Pike
Greene, RI 02827

401-397-7820 work
860-428-4130 cell
401-397-7682 home
Thomas_Haynes@us.crawco.com
Tomnmary100@aol.com

Attention:

Date:   January 5, 2004

Personal Data:

Date of Birth:              February 5, 1943

Education:

1962                        Coventry High School, Coventry, RI

1962 - 1963                 University of New Hampshire, Forestry

1963 - 1969                 University of Rhode Island, B.S. Resource Development with major in Chemistry.

1969 - 1970                 University of Padua School of Medicine and Surgery, Padua, Italy.

1982 -                      Enrolled in the Masters of Fire Protection Engineering program at Worcester Polytechnic Institute, Worcester, MA. Did not complete.

Fire Service:

1959 -                      Joined the Western Coventry Fire District
1962 -                      Started investigating the Cause and Origin of fires.

**Thomas Haynes** p. 2 of 7.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

1963 - 1969    Kingston Fire District, held the positions of private to acting chief, total responsibility for cause and origin.

1970 -    a. Total responsibility for cause and origin in Western Coventry Fire District.

   b. Assistant Deputy State Fire Marshal in Rhode Island.

1972 - 1987    First Assistant Chief of Western Coventry Fire District, second in command.

1979 -    a. Started professionally investigating fires as to cause and origin.

   b. Co-founder of the Coventry Arson Task Force, past Chairman.

   c. Arson Detection, one week, National Fire Academy, Emmitsburg, Maryland.

1980 -    a. Fire Investigation, three (3) weeks, National Fire Academy, Emmitsburg, Maryland.

   c. Started technical work for the Connecticut State Police Bureau of the Fire Marshal, currently under contract.

   d. Started technical work for the Department of Interior, Bureau of Alcohol, Tobacco and Firearms.

1980 - 1999    Licensed fire investigator with the Connecticut State Police Bureau of the Fire Marshal, under Dee Insurance Investigation's license.

1983 - 1987    Assistant Fire Marshal for the Town of Sterling, Connecticut.

1984 -    Certified Fire Marshal/Inspector by the Connecticut State Police Bureau of Fire Marshal (Nationally recognized).

1987 -    a. Fire Marshal, Town of Sterling Connecticut.

   b. Chief/Fire Marshal, Western Coventry Fire District.

      1. Fire Chief April 1987 - September 2000

      2. Fire Marshal - 1970 -

   c. American Health Care Association, Life Safety Committee.

**Thomas Haynes**     p. 3 of 7.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

1. National Chairman 1987 - 1990

2. Member of the national committee 1987 -

TEACHING EXPERIENCE:

1960 - 1970

a. Connecticut State Fire Schools, Chemistry of Fire.

b. New Hampshire State Fire School, Chemistry of Fire and Fire Fighting.

c. Kingston Fire District, Fire Fighting.

d. Western Coventry Fire District, responsible for all training.

1970 - 1980

a. Interior fire fighting for individual fire departments.

b. Chemistry of Fire for individual fire departments.

c. Electrical fire cause and origin in conjunction with the RI Division of Fire Safety.

d. Western Coventry Fire District, responsible for all training.

1980 -

a. Interior fire fighting, Rhode Island State Fire School, Connecticut State Fire School and individual fire departments.

b. Electrical fire cause and origin, Connecticut - Office of State Fire Marshal and local fire marshals, RI State Fire Marshal's Office, Main State Fire Marshal's Office, New Jersey State Fire Marshal's Office, Bureau of Alcohol, Tobacco and Firearms, Fairfield County Fire and Arson Task Force and the International Association of Arson Investigators - Rhode Island, Connecticut, Massachusetts, Maine & New Jersey.

c. Responsible for all training for the Western Coventry Fire District.

d. Chemistry of fire for the Rhode Island Sate Fire School.

**Thomas Haynes**  p. 4 of 7.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

1988 -  a. Thames Valley State Technical College, Norwich, Connecticut at the Danielson campus. Fire Investigation in the Associate of Fire Science degree program.

## TECHNICAL CONSULT FOR:

a. Connecticut State Police Bureau of the State Fire Marshal's Office.

b. Rhode Island Division of Fire Safety.

c. Bureau of Alcohol, Tobacco and Firearms.

d. Provide technical consultation to several cities and towns: Old Saybrook, Guilford, Stonington, Woodstock, Stamford, Plainfield, Providence, Newport, Norwalk, etc.

e. National Fire Protection Association, consultant for the educational training program "Firesafety in Health Care Facilities", 1988.

## AFFILIATED ORGANIZATIONS:

a. Coventry Arson Task Force, Coventry, RI; cofounder, past chairman and member.

b. North American Fire Marshal Association, Associate member

c. National Fire Protection Association:

> Fire Service Section
> Science and Technology Section
> Wildland Section
> Health Care Section
> > Nominating Committee (1980 - 1991)
> > Executive Board (1991 - 2002)
> > Chairman (1999 - 2002)

d. American Health Care Association:
> Fire safety representative for Region I (New England).
> National Life Safety Committee
> > Chairman (1987 - 1990)

**Thomas Haynes** p. 5 of 7.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

      Member (1984 -    )

    e. Rhode Island Health Care Association, past Chairman of the Fire Safety Committee.

    f. International Association of Fire Service Instructors. Past member.

    g. Emergency Hazardous Materials Response Team, ad hoc - Rhode Island, Connecticut and New England.

    h. International Association of Arson Investigators.
    i. National Association of Fire Investigators.

## CERTIFICATIONS AND LICENSES:

    a. Licensed fire investigator with the Connecticut State Police Bureau of the Fire Marshal under Dee Insurance Investigations, Inc., Clinton, CT. (1980-1999). Under Crawford Investigation Services, Inc. 1999 - ).

    b. Licensed nursing home administrator, Rhode Island

    c. Certified fire marshal/inspector with national recognition under the Connecticut State Police Bureau of the State Fire Marshal.

    d. Assistant Deputy State Fire Marshal with the Rhode Island Division of Fire Safety.

    e. Certified fire marshal for the Town of Sterling, Connecticut.

    f. Certified Fire Fighter III, State of Connecticut Commission of Fire Prevention and Control, Nationally recognized certification.

    g. Certified Fire & Explosion Investigator by the National Association of Fire Investigators. 1998-

    h. Rhode Island Detective License, Town of Coventry, RI 11/98 -

## ADDENDUM #1:

    a. Designed and constructed:
        1. A thirty-one (31) bed licensed nursing home, 1973.
        2. Two single family residence, 1977 & 1977.
        3. A large barn, 1970 - 1980.

    b. Designed the layout and setup two (2) commercial sawmills.

**Thomas Haynes**  p. 6 of 7.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

c. Designed and installed a sprinkler system for a nursing home with all the necessary engineering and Insurance Services Office approval.

d. Authorized distributor and installer for Memco oil, wood and coal boilers.

e. Installed, retrofitted and converted in excess of one-hundred (100) boilers and furnaces in both residential and commercial occupancies.

f. Designed and installed main electrical distribution centers in residential and commercial occupancies.

g. Formal education in the theory of electricity was obtained in physics course in college.

WORK EXPERIENCE:

a. Late 1950's and early 1960's; part time and summers for Haynes Lawn Services as a laborer and foeman, maintaining large commercial and private lawns over six (6) acres in size.

b. Maine Forest Service, one (1) summer as a watchman and patrolman.

c. Auto Electric Service, two (2) years part time and summers as a small engine mechanic.

d. University of Rhode Island Department of Pharmaceutical Chemistry, part time for two (2) years during college and one (1) summer as a research assistant working on a National Institute of Health research grant.

e. Kingston Fire District throughout college for room, board, books and tuition. Responsibilities ranged from fire fighter to acting chief.

f. Molodich Farms for several years as a heavy equipment mechanic and operator on a large dairy farm.

g. Woodpecker Hill Nursing Home from 1973 to the present as administrator and past manager.

h. Dee Insurance Investigation, Inc.
    Part time from 1979 - 1988

**Thomas Haynes**  p. 7 of 7.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

Full time 1988 - 1999
As a fire cause and origin investigator and technical expert. Responsible for the investigation and documentation of approximately sixty (60) fires a year. Chief of investigations overseeing two (2) investigators.

i. Contract work for the Connecticut State Police Bureau of State Fire Marshal in training programs and technical assistance in fire investigations.

j. Expert witness for the Connecticut States Attorney's Office; New Haven, Middletown, Waterbury and New London. Rhode Island Attorney General's Office in Providence and West Warwick. U.S. Attorneys offices in Rhode Island and Connecticut.

k. Crawford Investigation Service, Broomall, PA. 1999-

SPECIALIZED TRAINING AND BACKGROUND:
    a. Formal theoretical training in electricity was obtained from eight (8) bachelor of science degree credits in physics at the University of Rhode Island. These two (2) physics courses are the same ones that electrical engineers take for their fundamentals in electricity, from this point on electrical engineers take specialized courses in their particular field of interest. This basic background was further supported by numerous chemistry courses, many at the masters level, in which a through knowledge and understanding of electricity is required.

    b. Practical experience in the installation of complete electrical systems, both residential and commercial, was obtained through independent study and the installation of numerous systems under the watchful eye and guidance of master electricians. All of the systems that were installed have been completely inspected by electrical inspectors and/or utility inspectors. Note: a master electrician license is not necessary to obtain an electrical permit and do the work if you are an employee of a company for whom you are doing the installation. The majority of all electrical work done in manufacturing plants is done by plant employees who do not have any type of license, but are very knowledgeable and competent electricians.

    c. Practical experience in the determination of fire related electrical problems and failures began sometime in the middle 1960's. I was fortunate to be able to work with and assist Chief Technical Expert Stanley Davies of the Rhode Island Division of Fire Safety. At first I only worked directly with Marshal Davies until we both felt comfortable in my conducting independent investigations, consulting with him when necessary. I have been conducting independent investigations into electrical fire cause and origin for more than twenty (20) years, professionally from 1979. I will occasionally consult with Marshal Davies on an electrical fire of

**Thomas Haynes**  p. 8 of 7.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

unusual merit, the more knowledgeable heads the better. We get together from time to time to compare unusual problems and exchange evidence to be used in electrical cause and origin classes.

My original teaching experience began under Marshal Davies who later began asking me to teach entire programs for him. The last fifteen (15) or so years I have taught all of the classes for the Rhode Island Division of Fire Safety.

I have been deposed numerous times at depositions throughout the New England area as a fire, boiler, electrical, sprinkler, etc. expert involving fire losses that range in size from small to some of the largest fire losses in the area.

I have testified several times at Grand Jury hearings as well as civil and criminal trials.

Thank you,

..................................

Thomas Haynes
401-397-7820 & 7682
History: last revision: 9/88, 3/99, 12/99, 9/00, 11/00, 1/04
\Resume 1st part 010604