**Thomas Haynes**  p. 1 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Courts

# SOME OF THE COURTS THAT I HAVE BEEN QUALIFIED AS AN EXPERT:

1. Superior Court Providence, RI; criminal case: fire origin and cause exert.

2. Superior Court, Kent County, RI; criminal case; State v. Caruolo, Louis, May 8, 1985 (convicted); Special Assistant Attorney General Charles Nystedt; Defense Ciselini; Worked on the original fire scene at the Bill Izzi Supermarket in Coventry, RI on 1/13/81; fire origin and cause and electrical expert.

3. Federal Court, Bridgeport, CT; civil case; Glandville, Nancy v. Herbert Fuel; Plaintiff's attorney's Ted Carey and Tom Young of Robinson & Cole; Defense attorney - unknown; We did the original fire scene for Chubb Insurance Co. in Darien, CT the loss was on 11/25/81; testified to the fire origin and cause, electrical, chemistry of fire, and boiler expert.

4. Federal Court, New Haven, CT; criminal case; Judge Laterm, 5/6/83; We did the original fire scene in Uncasville, CT loss on 11/30/81 for Roland Young of Howard Kohn, Sprague & Fitzgerald; John Tener and Steve Goldman from Robinson and Cole were at this trial, not sure of the relationship; testified as a fire origin and cause expert.

5. Superior Court, New Haven, CT; criminal case; State v. Brown; Assistant States Attorney Mary Galvin; testified as a fire origin and cause and electrical expert.

6. Superior Court, Middletown, CT; civil case; worked for the defense with Gerald Sack; testified as an electrical expert.

7. Superior Court, Middletown, CT; criminal case; Judge Paul M. Vasington, 5/27-27/1987; Assistant States Attorney Timothy Liston; Defense by Howard M. Gould, Old Saybrook, CT; We did not do the original fire scene which was in Old Saybrook, CT on 8/17/85. We provided expert assistant to the States Attorney's Office; We testified as to the electrical, flammable liquids and fire growth and development.

8. Federal Court, Bridgeport, CT; civil case: electrical expert and fire cause and origin expert.

9. Superior Court, New London, CT; criminal case for the state in State vs. David R. Richardson (Tally Ho Mall), 4/27/89, electrical expert and fire cause and origin expert; Asst. State's Attorney Lawrence J. Tytla, Defense Attorney Paul Kaplan (Plainfield) and Judge Paul M. Vasington.

10. Federal Grand Jury, Hartford, Criminal, electrical and fire cause and origin expert for ATF, Sal Patrillo, on 9/13/89. The case is the Norwich Hotel fire on 1/5/89.

11. Federal Court, New Haven, CT; civil case: fire cause and origin expert for the defense

**Thomas Haynes** p. 2 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Courts

in January 1990 on the G & M Auto Parts Store vs. American Fidelity Ins. Co. (fire in Bridgeport, CT in September 1983). Plaintiff's Attn. Richard Scalo, defense Attn. John Tennor, Robinson & Cole and Judge Robert C. Zampano.

12. Superior Court, Worcester, MA; criminal defense: fire cause and origin expert; Commonwealth vs. Thomas Collins, 1/31 & 2/7/90, Judge Curran, Asst. DA Brad Roberts & defense attorney Geoffrey R. German.

13. Superior Court, Waterbury, CT; criminal case State v. mark Faringletti; We provided expert assistance and court testimony to Assistant States Attorney Edward Racciardi; We did not do the original fire scene.

14. Superior Court, New Haven, CT; criminal prosecution: Electrical and fire cause and origin expert; State vs. Salz, 5/29 & 30/90, Judge Joseph Gormley, States Attorney Michael Dearington, defense attorney James Ullman.

15. Superior Court, Middletown, CT; Civil for plaintiff; Bassett Boat Co., Inc. VS. Shoreline Welding Co. on 10/19/90; Plaintiff's attorney Gerald Sack of Sack, Spector & Barrett; Defense's consul, Glen Morgan, Day Hill Corporate Center, Windsor, CT. Judge Budney.

16. Supreme Court, Orange County, NY, Judge Green: Civil for plaintiff: Frank vs. Fergson DOL 11/17/87; Plaintiff's attorney Frank Zeccola; Testified as a fire expert on 5/17/91.

17. Federal Grand Jury, Hartford, CT, Criminal for Douglas Lavine, Assistant U. S. Attorney; Fire at 43 Broadway, Norwich, CT, on 1/5/89. I was part of the original cause and origin team hired by the Bureau of the State Fire Marshal. Testified as a fire and electrical expert on 6/18/91.

18. Superior Court, Bridgeport, CT; Pre Judgement Remedy, Judge Thim; Civil for plaintiff; Stawowski vs. Plaskawski, DOL 10/5/89; Plaintiff's attorney Edward Walsh, Cotter & Cotter; Testified on smoke detectors and fire code requirements in apartment buildings on 10/02/91.

19. Federal Court, Hartford, CT; Suppression Hearing, Judge Peter C. Dorsey, Criminal for the prosecution; U.S. v. Kenneth P. Fournier, DOL 1/5/89 in Norwich, CT: US Attorney Doug Lavine; Defense attorney Hubert Santos; Testified as to cause and origin with emphasis on electrical on January 13, 1992.

20. Federal Court, Hartford, CT; Judge Peter C. Dorsey, Criminal for the prosecution; U.S. v. Kenneth P. Fournier, DOL 1/5/89 in Norwich, CT: US Attorney Doug Lavine; Defense attorney Hubert Santos; Testified as an electrical and cause and origin expert on March 29, 1992 & June 1, 1992.

21. Superior Court, New London, CT: Judge Hurley, Civil for the defense; Chapman v. Norfork & Dedham, DOL 2/7/89 & 7/4/89 in Ledyard, CT. Plaintiff attorneys John Biller & Scott Delaura of De Panfilis, Vallerie & Biller, Hamden, CT; Defense attorneys Stephen

**Thomas Haynes**  p. 3 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

Courts

Goldman and Pat Camanella of Robinson & Cole, Hartford, CT. Testified as an electrical expert as well as a cause and origin expert from April 29, 1993 through May 7, 1993 (±23 hrs.).

22. Suffolk County Superior Court, Boston, MA; Judge Hiller B. Zorbel, Civil for the Plaintiff; Morrell Builders v. Geraghty, DOL 4/6/89 in Boston, MA. Plaintiff's attorney James Hargrove of Morrison, Mahoney & Miller, 250 Summer St., Boston, MA. Defense attorney Fred Doyle an in-house attorney for Liberty Mutual Ins. Co. Testified as a cause and origin expert with direct testimony in writing with court room testimony on July 12, 1993.

23. Cumberland County Superior Court, Portland, ME, Judge Broderick. Civil case Roman Catholic Bishop of Portland v. Southern Maine Area Agency on Aging, Saint Mathew's Church Fire in Limerick, ME on 12/7/89; Plaintiff's attorney James Fetterly from MI and Beth Stouder from Portland, ME. We were hired by Friedman & Babcock, Lee Bals, for the defense of SMAAA. We did not conduct a cause and origin investigation. Testified as a fire cause and origin and boiler expert as to possible identifiable causes and the responses from the fire scene investigators on September 15, 1993.

24. Bridgeport Superior Court, Bridgeport, CT, Judge Belenkie. Civil case Fannie White vs. Anna Edmonds, ET AL, Fannie White fire loss in Stamford, CT on 7/23/93; The Plaintiff was represented by Peter DeTomasso from law Offices of Arnold Beizer, 429 Capitol Ave., Hartford, CT. The Defendant Edmonds was represented by Noel Newman from Friedman, Mellitz & Newman, One Eliot Place, Fairfield, CT. The Defendant Stamford Housing Authority was represented by Thomas Stevens of Law Offices of Brian Gildea, 512 Blake St., New Haven, CT. We conducted the original cause and origin investigation for Arnold Biezer who represented Fannie White. Testified as a fire cause and origin and electrical expert for both the Plaintiff and Defense on September 22, 1993.

25. Kent County Grand Jury, West Warwick, RI. State of RI vs. Christine Webber. Webber fire loss in Coventry, RI on 9/13/90. Assistant Attorney General Kathlene Haggerty. We were involved in the original fire cause and origin investigation with the Coventry Arson Task Force and the Rhode Island State Fire Marshal's Office. Testified as to the fire cause, fire origin, fire growth, fire development, electrical system and alarm system. Testified on 1/13/94.

26. New London Superior Court, New London, CT Judge Hadley Austin in the civil case Malloy VS. Dantzler on 01/18/91, Application for a Pre-Judgement Hearing. The plaintiff was represented by Angelo Zitoas of Reardon & Nazzaro in New London, CT. The defense was represented by Dennis McCarthy of Kenny, Brimner, Nelley & Mahlney in Hartford, CT. Testified as to some of the fire code violations at the time of the fire that may have contributed to the occupants ability to escape.

27. New London Superior Court in New London, CT Judge Parker in the State of CT VS. Christian Porter on 01/20/94. Assistant States Attorney Kane represented the State of CT. Defense Attorney Recce Norris represented C. Porter. We originally examined the electrical evidence at the Norwich Police Department. Testified as an electrical expert and fire expert for the State of CT.

**Thomas Haynes**  p. 4 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Courts

    28. Waterbury Superior Court in Waterbury, CT, Judge Thomas West on 03/04/94 in the civil case Kidney/White vs. Grey Electric. Plaintiff's attorney Charles Oman III, Drubner, Hartley, O'Connor & Mengacci, Waterbury, CT. Defense attorney Robert McAndrew, Tyler, Cooper & Alcorn, Hartford, CT. We conducted the original fire scene examination for the insurance company of Kidney/White (American Empire Surplus Lines). The fire occurred in Waterbury, CT on 09/12/90. Testified as a fire cause and origin expert and an electrical expert for the plaintiff.

    29. New Haven, CT Federal Court, Judge Peter C. Dorsey on 03/28 & 29/94 in the civil case Boecherer vs. Leviton. Plaintiff's attorneys Brian Lincicome of Cozen & O'Connor, Philadelphia, PA and Janet Sistare of Blackburn and Sistare, Suffield, CT. Defense attorney is Donald A. Swift of Lynch, Traub, Keefe & Errante, New Haven, CT. We conducted the original cause and origin investigation for the Pierless Insurance Company who insured the Boecherer's home. The fire occurred in Canterbury, CT on 3/18/91. We testified as a cause and origin and electrical expert for the plaintiff.

    30. Hartford Connecticut Superior Court, Judge Sullivan on 06/16/94 in the civil case of Genotti vs. Home Insurance. Plaintiff's attorney Mr. Friedman. Defense attorney William Gallagher from Gallagher, Gallagher & Calistro of New Haven, CT. Robert Dee of Dee Insurance Investigations, Inc. conducted the original fire scene investigation for the Home Insurance Company and testified in the criminal trial. Robert Dee was not available for the civil trial and I testified as to the office file of Dee Insurance Investigations, Inc. was the type we keep during our normal coarse of business.

    31. Waterbury Superior Court in Waterbury, CT, Judge Thomas West on 11/20/94 in the civil case Elliott vs. Warner Garden Group. A hearing to get relief from an injunction against the Warner Garden Group by the plaintiff for the estate of Elliott. Plaintiff's attorney Michael Tansley of Cicchitti & Tansley of Waterbury, CT. Defense Attorney Ellen Costello of Carter & Carter, Milford, CT. We conducted the original fire cause and origin investigation for the Jefferson Group a division of the Montecillio Insurance Company, the insurance carrier for the Warner Garden Group building owners. We testified as to the cause and origin of the fire and the conditions of the smoke detector for the defense.

    32. New York, NY, Federal Court, Judge Robert W. Sweet on December 7, 1994 in the civil case of Herman Wagschal vs. The Sea Insurance Company Insurance Co. Herman Wagschal, Plaintiff, was represented by Barbara Matarazzo of Matarazzo, Blumberg & Associates, New York, NY. Sea Insurance Company, Defense, was represented by Frank Tell of Tell, Cheser & Breitbart, New York, NY. The fire occurred at the Herman Wagschal residence in Monsey, NY on July 9, 1990. We conducted the original cause and origin fire investigation for the Chubb Insurance Company (The Sea Insurance Company). We testified as a cause and origin expert for the defense (2 1/2).

    33. Hartford, CT Criminal Court suppression hearing, Judge Raymond Norco on January 11, 1995 in State of CT vs. Smith. States Attorney Joan Alexander for the State of CT. Hubert Santos for the defense of Smith. We testified for the States Attorney. A fire occurred at the Universal Video occupancy in Plymouth, CT on April 27, 1991. We conducted the original fire

scene investigation for the Cigna Insurance Company who insured the Universal Video occupancy (Universal Video was owned and operated by Smith). We testified as to our roll in the fire investigation and who hired us.

34. Waterbury, CT Superior Court, Judge McDonald on January 18, 1995 in Mark Brown, Et Al v. Charles Keeley, Et Al. Attorney John Del Buono of Watertown, CT represented the plaintiffs, Mark Brown Et Al. Joel Fain of Morrison, Mahoney & Miller, Hartford, CT represented the defense Charles Keeley, Et Al. We testified for the plaintiff and the defense. We conducted the original cause and origin investigation for the insurance company for the building owner. We testified as cause and origin and electrical experts.

35. Waterbury, CT Superior Court, Judge Christine S. Vertefeville on May 18, 1995 in Boyette vs. The Hartford Ins. Co. Attorney Leonard Crone of Monahan, Ruskin, Nascolo & Minnella, Waterbury, CT represented the plaintiff. Attorney Stuart Blackburn of Blackburn & Sistare, Windsor Locks, CT represented the defendant. We examined the electrical evidence removed by the Waterbury Fire Marshal's Office several months after the fire. We testified for the defense as an electrical expert.

36. New London, CT Criminal Court, Judge Thomas F. Parker on October 5,6,9 & 11, 1995 in State vs. Dantzler. States Attorney Kevin Kane, New London, CT. Attorney Joseph Moniz of Day, Berry & Howard in Hartford, CT represented the defendant, Dantzler. We were part of the original fire investigation team at a fire that occurred at 91 Truman Street in New London, CT on 02/01/95 in which four (4) people died. We testified as a fire cause and origin and electrical expert for the State of Connecticut.

37. West Warwick, RI, Kent County Superior Court, Criminal Court, Judge Joseph F. Rodgers, Jr. Testified on February 1, 1996 in State vs. C. Webber. Assistant Attorney General Kathleen Haggerty, Providence, RI for the prosecution. Attorney Kevin McBurney from Pawtucket, RI for the defense of Christine Webber. We assisted the RI State Fire Marshal's Office as part of the original fire investigation team. The fire occurred at the Christine Webber residence in Coventry, RI on September 13, 1990. We testified as a fire cause and origin expert with some testimony on electrical and computer analysis of fire scenes for the prosecution (RI Attorney General's Office).

38. Superior Court, Middletown, CT, Judge Elaine Gordon. Testified on February 2, 1996 in the civil case St. Mary's Church vs. E.E.S Corporation, A/K/A Electrical Energy Systems, Inc. Et Al. Attorney George Royster of Halloran & Sage, Hartford, CT for the plaintiff. Attorney Robert LaRose of Law Offices of Michael E. Riley, Hartford, CT for the defense. We conducted the original fire scene examination. The fire occurred at St. Mary's Church in

**Thomas Haynes**  p. 6 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Courts

Portland, CT on June 25, 1991. We testified as a fire cause and origin and an electrical expert for the plaintiff (St. Mary's Church).

    39. Federal Court, Bridgeport, CT, Judge Coettel. Testified on March 11 & 12, 1996 in the civil case Pacific Indemnity Co. vs. Donald Golden. Attorney Frank Tell of Tell, Cheser & Breitbart, Esqs., New York, New York for the plaintiff. Attorney Dennis D'Antonio, Esq., Weg & Myers, P.C., New York, New York for the defense. We conducted the original fire cause and origin investigation for the plaintiff. The fire occurred at the Donald Golden residence in Greenwich, CT on 12/02/88. We testified as a fire cause and origin expert and an electrical expert for the plaintiff (Pacific Indemnity Co. dba Chubb Insurance Co.).

    40. Superior Court, New London, CT, Judge Vassington. Testified in a hearing on June 12, 1996 in a spoliation hearing in the civil case Nancy Touchette Administratrix of the Estate of George Touchette vs. Dots, Inc. and Gary Smith dba Northeast Rental & Sales. Attorney Robert Reardon of The Reardon Law Firm in New London, CT for the plaintiff. Attorney Bruce Raymond of Halloran & Sage in Hartford, CT for the Defense. We conducted the original investigation for the CT State Police. We were later hired by the plaintiff's attorney Robert Reardon. The incident, electrocution, occurred on April 17, 1990 in Montville, CT. We testified as a cause and origin expert and an electrical expert for the plaintiff (Touchette).

    41. Superior Court, New London, CT, Judge John Walsh. Testified on June 12 & 13 in the civil case New London Federal Savings Et. Al. vs. Thomas J. Tucciarone et al (Flanders Mall). Attorney Scott DeLaura of Ginsbert & Palumbo, West Haven, CT for the plaintiff. Attorney Michael O'Connell of O'Connell, Flaherty & Atmore, Hartford, CT for the defense. We conducted the original fire scene investigation for CNA Insurance Companies, one of the plaintiffs. The fire occurred at Flanders Mall in East Lyme, CT on September 30, 1988. We testified as a fire cause and origin expert and an electrical expert for the plaintiffs.

    42. Superior Court, Providence, RI, Judge Netti Vogel. Testified on June 27, 1996 in the civil case Superior Group Ventures, Inc. vs. Appollo II Sign Corp. and Ace Advertising Co. Attorney Kevin Bowen, Law Offices, Providence, RI for the Plaintiff. Attorney Daniel McKiernan from Hanson, Curran & Parks, Providence, RI for the Defense. We were hired by the plaintiff's attorney during trial preparation to assist in the analysis of the facts. The fire occurred at a building rented by Superior Group Ventures (The Superior Cleaner) in Johnston, RI on November 9, 1989. We testified as a fire cause and origin expert and an electrical expert for the plaintiff.

    43. Superior Court, Middletown, CT, Judge Thomas P. Miano. Testified on July 17, 1996 in the criminal case State of CT vs. Donna Davis. State's Attorney John Redway for the State of CT. Public defender Christopher James for the Defense. We were involved with the original fire scene investigation as part of the State Fire Marshal's team at the fire in Clinton, CT on April 28, 1995. We testified as an electrical expert for the State's Attorney.

    44. Superior Court, New London, CT Judge John Walsh. Testified on August 7, 1996 in a second spoliation hearing in the civil case Nancy Touchette Administratrix of the Estate of George Touchette vs. Dots, Inc. and Gary Smith dba Northeast Rental & Sales. Attorney Robert

**Thomas Haynes** p. 7 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Courts

Reardon of The Reardon Law Firm in New London, CT for the plaintiff. Attorney Bruce Raymond of Halloran & Sage in Hartford, CT for the Defense. We conducted the original investigation for the CT State Police. We were later hired by the plaintiff's attorney Robert Reardon. The incident, electrocution, occurred on April 17, 1990 in Montville, CT. We testified as a cause and origin expert and an electrical expert for the plaintiff (Touchette).

45. Superior Court, Providence, RI Judge John E. Sheehan. Testified on September 25, 1996 in the criminal trial of the State vs. Granata. Jay Sullivan, special prosecutor RI Attorney General's Office for the state. Attorney Crowley and Kasimian from Providence, RI Public Defenders Pool for the defense. We examined the electrical system in the fire building about six (6) months after the fire for the insurance company. The fire occurred in Providence, RI on May 27, 1991. We testified as an electrical expert for the RI Attorney General's Office.

46. Superior Court, Tolland, CT Judge J. Klaczak. Testified on May 16, 1997 in the civil trial Gotikin vs. Colsen. Attorney Steven St. Clair of Coventry, CT for the plaintiff. Attorney Richard Kenny of Howard, Kohn, Sprague & Fitzgerald of Hartford, CT for the defense. We were part of the original fire investigation team at the time of the fire, hired by the CT State Police, Division of Public Safety, Office of the State Fire Marshal. The fire occurred at the Stoneledge Farm in North Stonington, CT on February 8, 1993. We testified as an electrical and fire cause and origin expert.

47. Superior Court, Hartford, CT Judge Freed. Testified on May 30, 1997 in the civil trial Aetna vs. Pizza Connection. Attorney Joel Rottner of Skelley & Rottner of West Hartford, CT for the plaintiff. Attorney Donald McCarthy of Hartford, CT for the defense. We conducted a fire cause and origin investigation for the building owner, Marconi Enterprises, at the time of the fire. We were hired by the plaintiff's attorney at the time of the trial. The fire occurred at 99 Maple Ave., Hartford, CT on 06/16/91. We testified as a fact witness introducing our photographs and video.

48. Superior Court, Providence, RI Judge Stephen Fortunato. Testified on April 16, 1998 in the criminal trial State vs. Rotondo. Scott Erickson, special prosecutor RI Attorney General's Office for the State. Tom Connors, Providence, RI for the Defense of Alfred Rotondo. We were hired by the defense to conduct a fire origin and cause investigation in September 1996. The fire occurred on December 7, 1995 at 11 Gibbon Court in Providence, RI. We testified for the defense on April 16, 1998 as a fire cause and origin expert for the criminal defense, Attorney Thomas Connors.

49. Superior Court, Hartford, CT Judge Arthur L. Spada. Testified on September 29, 30 & October 1, 1998 in the criminal trial State vs. David Smith (docket # CR910074897). Assistant States Attorney Michael Gailor, Hartford, CT for the State. Hubert Santos, Hartford, CT for the Defense of David Smith. We were hired by CIGNA Insurance Company (Universal Video) to conduct a fire cause and origin investigation in April 1991. The fire occurred at the Universal Video store in Plymouth, CT on April 27, 1991. We testified for the State as a fire cause and origin and an electrical expert on September 29, 30 & October 1, 1998.

50. Superior Court, Providence, RI Judge Stephen Fortunato. Testified on November 4,

**Thomas Haynes**  p. 8 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax

Courts

1998 (last day of three days) in the civil trial Granata vs. Metropolitan Ins. Attorney Richard Cass and Richard Corler for the Plaintiff, Granata. Charles Nystadt, Providence, RI for the defense, Metropolitan Ins. We were hired by Metropolitan Ins. to examine the electrical system at the original fire scene in November 1991. The fire occurred on May 27, 1991 at the Granata residence in Providence, RI. We testified for the defense as an electrical expert over a series of days ending on November 4, 1998.

51. Superior Court, Hartford, CT Judge Kevin P. McMahon. Testified on January 28 & 29, 1999 in the criminal trial St of CT vs. Joseph Ancona, docket #87465. Deputy Assistant State's Attorney David Zagaja and Assistant State's Attorney Michael Gailor, Hartford, CT for the State. Attorney Roger Anstey for the defense of Joseph Ancona. We were hired by the CT State Police, Office of State Fire Marshal at the time of their original fire scene examination. The fire occurred on June 4, 1995 at 34-36 Atlantic Ave., New Britain, CT in a large occupied apartment building. We testified for the State as a fire cause and origin and an electrical expert on January 28 & 29, 1999.

52. Superior Court, New Haven, CT Judge Bruce Thompson. Testified on March 13, 2000 in the criminal trial, arson murder, St. of CT vs. Bontatibus. States Attorney Michael Dearington for the State. Thomas Ullman for the defense of Bontatibus. We were not involved in the fire scene analysis. We were hired by the States Attorney's Office to testify at the trial. The fire occurred on November 28, 1996 in Branford, CT in a commercial building, a fire fighter died during suppression. We testified regarding flourescent fixtures and ballasts and to the ignition temperature of natural gas.

53. Federal Court, Providence, RI, Assistant U.S. Attorney Stephanie S. Browne. Testified on Wednesday, June 28, 2000 before a Grand Jury in U.S. vs. Franklin Diaz. We conducted the original fire scene examination for Lloyds of London who insured Franklin's Restaurant (Diaz). A fire occurred at Franklin's Restaurant in Providence, RI on February 1, 1999. We testified for the U.S. Attorney's Office as a fire cause and origin expert.

54. Superior Court, Providence, RI, Judge Clifton. Testified on December 4 & 5, 2000 in the civil trial of Regina K. Socree vs. Metropolitan Property & Casualty Insurance Company, Providence County Superior Court C.A. No.96-4743. Attorney Mark Smith, Providence, RI for the Plaintiff Regina Socree. Attorney Charles Nystedt, Law Offices, 88 Pine St., Providence, RI for the Defense of Metropolitan Insurance Company. We were hired by Metropolitan Ins. to examine the electrical system at the fire scene. The fire occurred at the Regina Socree residence on December 31, 1994 in Providence, RI. We testified for the defense as an electrical and fire cause and origin expert.

55. Superior Court, Stamford, CT, Judge J. Mintz. Testified January 23, 2001 in the civil trial of Oswald Carrol vs. Allstate Ins. CV 98-0164867S. Attorney Frederic S. Ury, Ury & Moskow, L.L.C., Westport, CT for Oswald Carrol, the plaintiff. Dan Sullivan, Robinson & Cole, Hartford, CT for Allstate Insurance, the defendant. We conducted the original fire scene examination for Allstate Insurance Company. We testified for the defense, Allstate Insurance Company as a fire origin and cause expert.

56. Superior Court, New London, CT, Judge Richard W. Dyer. Testified March 8, 2001

**Thomas Haynes**　　　　　　　　　　　　p. 9 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Courts

in the criminal trial of State vs. William Morrissette CR21-76436. Senior States Attorney Michael Regan for the State of Connecticut. Attorney Bruce MacIntire for the defense of William Morrissette. We were part of the original team of fire investigators for the Office of State Fire Marshal. We testified for the State of Connecticut as an electrical expert.

57. Federal Court, Providence, RI, Judge Torres. Testified March 13 - 16, 2001 in the Criminal trial U.S. vs. Franklin Diaz. Assistant U.S. Attorney Stephanie S. Browne for the U.S. Attorney Robert D. Watt, Jr., Providence, RI for the defendant. We conducted the original fire scene examination for Lloyds of London who insured Franklin's Restaurant (Diaz). A fire occurred at Franklin's Restaurant in Providence, RI on February 1, 1999. We testified for the U.S. Attorney's Office as a fire cause and origin and electrical expert.

**Thomas Haynes**  p. 10 of 9.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Courts

58. Superior Court, Providence, RI, Judge Judith C. Savage. Testified September 12 & 13, 2002 in the civil trial Pasquale Dipippo ET AT (Alfred Rotondo) vs. Nationwide Mutual Fire Insurance Company - Case # PC 96-6298. Attorney John Boland, Reynolds, DeMarco & Boland, LTD, Providence, RI for the defense. Attorneys Thomas Connors, Domenic Carciei & Joseph Voccola from the Law Office of Landry & Connors, Providence, RI for the plaintiff. A fire occurred in a house owned by Pasquale Dipippo and Alfred Rotondo in Providence on December 7, 1995. We investigated the fire scene approximately ten (10) months after the fire representing Alfred Rotondo and Pasquale Dipippo, the plaintiff. We testified for the plaintiff as a fire cause and origin expert.

59. Superior Court, Providence, RI, Judge William Dimitri. Testified September 24, 2002 in the criminal trial State of RI vs. David Gordon. Assistant Attorney General Scott Erickson and Stacy Veroni for the State of RI. David Gordon representing himself for the defense. We were hired by the Rhode Island Division of Fire Safety (State Fire Marshal's Office) to assist with the fire scene investigation in 1996. A fire occurred in a house owned by Lorraine Holman in Foster, RI on June 5, 1996. We testified for the State of RI as a fire cause and origin and electrical expert.

60. Superior Court, Merrimack County Court, Concord, NH, Judge Houran. Testified January 8, 2004 in the civil trial Roger and Marie Houde v. Ryder Truck Rental, Inc. Attorney Nicholas D. Wright, Bolichard & Kleinman P.A., Manchester, NH 03101 for the plaintiff. Attorney James Higgins & James LaMontagne , Sheehan, Phinney, Bass & Green Attorneys at Law, Manchester, NH for the defense. A fire occurred at the Roger Houde residence in Henniker, NH on November 17, 2000. We conducted a fire scene investigation for Ryder Truck Rental, Inc. We testified for the defense as a fire cause and origin and electrical expert.

Last worked on Courts. \tom\resume\courts
10/14/92, 05/10/93, 07/26/93, 09/16/93, 09/23/93, 01/14/94, 01/20/94, 01/24/94, 03/07/94, 03/30/94, 06/17/94, 11/22/94, 12/6/94, 1/13/95, 1/19/95, 5/31/95, 10/25/95, 02/02/96, 02/06/96, 3/13/96, 6/13/96, 7/1/96, 7/17/96, 8/8/96, 9/25/96, 5/27/97, 6/2/97, 4/20/98, 10/1/98, 11/3/98, 2/1/99, 3/15/00, 6/28/00, 12/6/00, 1/24/01, 3/9/01, 3/23/01, 9/13/02, 9/25/02, 1/9/04,

**Thomas Haynes** p. 1 of 8.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Printed on 12/17/03    Training/Teaching

## Continued Education - TRAINING / TEACHING HOURS:

| DATE | LOCATION | Training | Teaching | TOTAL |
|---|---|---|---|---|
| 11/01/89 - 10/31/92 | | 286.0 | 38.0 | 324.0 |
| 11/13-16/89 | NFPA Fall Meeting, Seattle, WA | 15.0 | | 15.0 |
| 05/20-14/90 | NFPA Annual Meeting, San Antonio, TX | 15.0 | | 15.0 |
| 11/11-14/90 | NFPA Fall Meeting, Miami, FL | 15.0 | | 15.0 |
| 03/26-27/91 | RIDFS/IAAI Fatal Fire Investigation | 12.0 | 04.0 | 16.0 T |
| 05/19-22/91 | NFPA Annual Meeting, Boston, MA | 15.0 | | 15.0 |
| 11/17-20/91 | NFPA Fall Meeting, Montreal, Canada | 15.0 | | 15.0 |
| 01/09-11-92 | ISFTA Instructor & Live Training | 20.0 | | 24.0 |
| 03/25-26/92 | RIDFS/IAAI Investigation of Electrical | | 16.0 | 16.0 T |
| Spring 1992 | BSFM Certification Class, electrical | | 12.0 | 12.0 T |
| 05/17-21/92 | NFPA Annual Meeting, New Orleans, LA | 15.0 | | 15.0 |
| 06/11/92 | Chubb Ins., NY, NY, Arson Awareness | | 03.0 | 03.0 |
| 07/14-23/92 | ATF, Glynco, GA, Adv. Arson for Profit | 80.0 | | 80.0 T |
| 08/11/92 | CNA Ins., CT, Arson Awareness | | 03.0 | 03.0 |
| 09/14-25/92 | ATF, Glynco, GA, Adv. Fire Investigation | 80.0 | | 80.8 T |

-----------------------------------------------------------------------------------

**Thomas Haynes**  
2084 Plainfield Pike, Greene, RI 02827  
401-397-7820 phone/fax

p. 2 of 8.

Printed on 12/17/03     Training/Teaching

# CONTINUING EDUCATION
## Training / Teaching Hrs.
Printed on 12/17/03

**Thomas Haynes**

| Date | Activity | Train Hrs. | Teach Hrs. | Total Hrs. |
|---|---|---|---|---|
| 11/1/92 | The period from 11/01/92 through 10/31/95 | | | |
| 10/19 & 20/ 1992 | Connecticut Chapter of IAAI, Hartford, Electrical Fires for the Non-Engineer / Investigator; Towner, Art | 13.0 | 0 | 13.0 |
| 11/15-18/ 1992 | NFPA Fall Meeting, Dallas, TX | 15.0 | 0 | 15.0 |
| 04/03/93 | RI Division of Fire Safety re-certification class for local fire marshals.    **Written Examination.** | 36.0 | 0 | 36.0 |
| 05/4, 6, & 11/93 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0 | 9.0 | 9.0 |
| 06/2 & 3/ 1993 | Maine Chapter of IAAI, Investigation of Electrical Fires, Ramada Inn Portland, ME. | 0 | 16.0 | 16.0 |
| 01/26/94 | RI Division of Fire Safety mandatory annual re-certification class for local fire marshals. | 3.0 | | 3.0 |
| 02/2, 8, & 10/94 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0 | 9.0 | 9.0 |
| 03/10, 16 & 17/94 | CT State Police, Bureau of the State Fire Marshal Certification Class, Insurance Industry and the Local Fire Marshal. Taught 5 three hour classes. | | 15.0 | 15.0 |
| 05/15-19/94 | National Fire Protection Association (NFPA) Annual meeting in San Francisco, CA | 15.0 | | 15.0 |
| 06/7, 9 & 14/94 | CT State Police, Bureau of the State Fire Marshal Certification Class, Advanced Electrical Fire Investigation. Developed and taught the program to State and Local Fire Marshals in 5 three hour classes. | | 15.0 | 15.0 |
| 10/19/94 | Taught an arson awareness program for the John Hancock Property & Casualty Ins. Co. in Boston, MA | | 1.0 | 1.0 |
| 10/25 + 27 & 11/2/94 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0.0 | 9.0 | 9.0 |
| 11/9&10/94 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0.0 | 9.0 | 9.0 |
| 11/13-16/94 | National Fire Protection Association (NFPA) Fall meeting in Toronto, Ontario, Canada | 15.0 | 0.0 | 15.0 |
| 12/22/94 | RI Division Fire Safety, annual Assistant Deputy State Fire Marshal training. | 4.0 | 0.0 | 4.0 |
| 03/13-14/95 | New Jersey State Police Arson/Bomb Unit in Lumberton, NJ. Two day Electrical Fire Investigation class. | 0.0 | 14.0 | 14.0 |
| 05/19-25/95 | National Fire Protection Association (NFPA) Annual meeting in Denver, CO | 15.0 | 0.0 | 15.0 |

**Thomas Haynes**     p. 3 of 8.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Printed on 12/17/03    Training/Teaching

| | | | | |
|---|---|---|---|---|
| 10/31/95 | Completes the necessary re-certification requirements of 90 hours over three years for certified fire marshal in the State of Connecticut. | | | |
| 10/31/95 | ****TOTALS**** | 116.00 | 97.00 | 213.00 |
| | | | | |

Last worked on training / teaching hours. 04/26/93, 05/11/93, 06/07/93, 01/27/94, 05/31/94, 10/20/94, 11/07/94, 11/17/94, 01/10/95, 03/15/95, 05/26/95, 10/21/92, 11/19/92,
Documentation found under Sterling Fire Marshal, Training - Tom

**Thomas Haynes**  
2084 Plainfield Pike, Greene, RI 02827  
401-397-7820 phone/fax  
Printed on 12/17/03   Training/Teaching

p. 4 of 8.

# CONTINUING EDUCATION
## Training / Teaching Hrs.

**Thomas Haynes**

| Date | Activity | Train Hrs. | Teach Hrs. | Total Hrs. |
|---|---|---|---|---|
| 11/01/95 | The period from 11/01/95 through 10/31/98 | | | |
| 11/95 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0.0 | 18.0 | 18.0 |
| 11/30/95 | RI Division of Fire Safety, examination and re-certification for Assistant Deputy State Fire Marshal. **Written examination.** | 2.0 | 0.0 | 2.0 |
| 05/19-21/96 | National Fire Protection Association Annual Meeting Boston, MA | 15.0 | 0.0 | 15.0 |
| 06/19/86 | RI Division of Fire Safety, NFPA 1-92 and first day of NFPA 101-94 program taught by NFPA | 6.5 | 0.0 | 6.5 |
| 09/19-20/96 | Burlington County Arson Task Force, Burlington County, NJ. Two day electrical fire investigation course. | 0.0 | 16.0 | 16.0 |
| 10/03/96 | RI Division of Fire Safety, Train the Trainer in Arson Awareness for the New England States Consortium for Arson Prevention. | 4.0 | 0.0 | 4.0 |
| 10/24/96 | RI Division of Fire Safety - NFPA 1, NFPA 101 & RI Fire Safety Code integration and changes. | 3.5 | 0.0 | 3.5 |
| 11/17-20/96 | National Fire Protection Association Fall Meeting, Nashville, TN | 15.0 | 0.0 | 15.0 |
| 03/97 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0.0 | 12.0 | 12.0 |
| 04/97 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0.0 | 12.0 | 12.0 |
| 05/18-22/97 | National Fire Protection Association Annual Meeting, Los Angles, CA | 15.0 | 0.0 | 15.0 |
| 11/15-19/97 | National Fire Protection Association Fall Meeting, Kansas City, MO | 15.0 | 0 | 15.0 |
| 03/4-6/98 | Fire Investigator's Seminar, RI Division of Fire Safety, Roger Williams College, Bristol, RI | 20.0 | 0 | 20.0 |
| 03/06/98 | National Association of Fire Investigators, National Certification as a Fire Investigator - **Written Examination** - Passed | 0 | 0 | 0 |
| 03/23/98 | RI Division of Fire Safety, re-certification class for Assistant Deputy State Fire Marshal | 3.0 | 0 | 3.0 |
| 05/08/98 | Lightning 101 by Global Atmospherics, Inc. in Hartford, CT. | 2.0 | 0 | 2.0 |

**Thomas Haynes** p. 5 of 8.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Printed on 12/17/03    Training/Teaching

| | | | | |
|---|---|---|---|---|
| 5/17-/21/98 | National Fire Protection Association Annual Meeting Cincinnati, OH | 15 | 0 | 15 |
| 10/31/98 | Completed the necessary re-certification requirements of 90 hours over three years for certified fire marshal in the State of Connecticut. | 0 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | ****TOTALS**** | 116.00 | 58.00 | 174.00 |
| | | | | |

Last worked on training / teaching hours.  03/23/98, 11/17/95, 11/21/95 12/01/95, 06/20/96, 10/04/96, 03/13/97, 04/21/97, 05/27/97, 12/01/98, 03/28/98, 05/13/98
Documentation found under Sterling Fire Marshal, Training - Tom