**Thomas Haynes**                          p. 6 of 8.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Printed on 12/17/03        Training/Teaching

# CONTINUING EDUCATION
## Training / Teaching Hrs.

**Thomas Haynes**

| Date | Activity | Train Hrs. | Teach Hrs. | Total Hrs. |
|------|----------|-----------|-----------|-----------|
| 11/01/98 | The period from 11/01/98 through 10/31/01 | | | |
| 11/15-18/98 | National Fire Protection Association Fall Meeting, Atalanta, GA | 15 | 0 | 15 |
| 11/20/98 | Licensed private detective in RI. | 0 | 0 | 0 |
| 03/10/99 | RIDFS - Small gas appliance fires | 0 | 6 | 6 |
| 04/7&9/99 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0 | 12 | 12 |
| 06/22&29/99 | Advanced Electrical in-service training for CT State Police, Bureau of the State Fire Marshal (several classes). | 0 | 3 | 3 |
| 11/14-17/99 | National Fire Protection Association Fall meeting in New Orleans, LA | 15 | 0 | 15 |
| 12/05/99 | Hazardous materials refresher with certificate | 8 | 0 | 8 |
| 12/15/99 | Pesticide re-certification for license - EPA / RIDEM | 4 | 0 | 4 |
| 2/7-3/13/00 | Hazardous Materials Operational Level Training (24-Hours U200).  RIDEM/Emergency Management Agency, examination | 24 | | 24 |
| 4/7+10/00 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0 | 12 | 12 |
| 04/17/00 | Emergency Services Training Program, Intersection Accident Termination Program | 6 | 0 | 6 |
| 5/14-17/00 | National Fire Protection Association Annual Meeting in Denver, CO | 15 | 0 | 15 |

**Thomas Haynes**                                                    p. 7 of 8.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Printed on 12/17/03     Training/Teaching

| | | | | |
|---|---|---|---|---|
| 11/11-15/00 | National Fire Protection Association Fall Education Conference 2000 in Orlando, FL<br> - Health Care Section "Lessons Learned"<br>                            1.0<br> - Methods of Enhancing Safety Education<br>                            8.0<br> - "Commercial Kitchens: Understanding and Applying the Requirements of NFPA 96"<br>                            3.0<br> - "Advanced Interviewing Skills and Strategies for Assessing Juvenile Fire Setters.<br>                            4.0 | 16 | 0 | 16 |
| 02/08/01 | RI Division Fire Safety / IAAI - Digital photography for fire and crime scenes. | 2.0 | | 2 |
| 03/17-24/01 | CT State Police, Bureau of the State Fire Marshal Certification Class, Electrical Fire Investigation. | 0 | 24 | 24 |
| 04/21/01 | CT State Police, Bureau of the State Fire Marshal, Fire Investigation class, Windsor, CT | 0 | 2 | 2 |
| 05/13-17/01 | NFPA World Fire Safety Congress & Exposition, Anaheim, CA - Fire Test Patterns, Fire Dynamics Simulator/Smokeview & Calcination of Gypsum Wall Board by NIST | 15 | 0 | 15 |
| 09/17/01 | Sent to OSFM, Bureau of Education | | | |
| 10/31/01 | Completed the necessary re-certification requirements of 90 hours over three years for certified fire marshal in the State of Connecticut. | | | |
| | ****TOTALS**** | 105.00 | 59.00 | 164.00 |

Last worked on training / teaching hours.  03/23/98, 11/17/95, 11/21/95 12/01/95, 06/20/96, 10/04/96, 03/13/97, 04/21/97, 05/27/97, 12/01/98,
03/28/98, 05/13/98, 12/22/99, 04/12/00, 06/28/00, 11/16/00, 02/09/01, 03/23/01, 04/23/01, 05/18/01, 10/31/01,
Documentation found under Sterling Fire Marshal, Training - Tom

**Thomas Haynes**
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Printed on 12/17/03          Training/Teaching

p. 8 of 8.

# CONTINUING EDUCATION
## Training / Teaching Hrs.

**Thomas Haynes**

| Date | Activity | Train Hrs. | Teach Hrs. | Total Hrs. |
|------|----------|-----------|-----------|-----------|
| 11/01/01 | The period from 11/01/01 through 10/31/04 | | | |
| 11/10-15/01 | National Fire Protection Association Fall meeting in Dallas, TX | 15.00 | 0.00 | 15.00 |
| 04/27/02 | CT State Police, Bureau of the State Fire Marshal, Fire Investigation class, Windsor, CT | 0.00 | 2.00 | 2.00 |
| 05/18-23/02 | National Fire Protection Association Spring meeting in Minneapolis, MN | 15.00 | 0.00 | 15.00 |
| 8/30/02 | Hazardous Materials OSHA1920.120 update - Crawford | 8.00 | 0.00 | 8.00 |
| 11/16-21/02 | National Fire Protection Association Fall Education Conference in Atlanta, GA.  Legal Aspectsof Fire Prevention, Current Health Care Issues and Emergency Management. | 15.00 | 0.00 | 15.00 |
| 03/06/03 | Re-certified with NAFI for five years. | | | |
| 05/01/03 | CT State Police, Bureau of the State Fire Marshal, refresher electrical class, Plainville, CT | 0.00 | 3.00 | 3.00 |
| 05/03/03 | CT State Police, Bureau of the State Fire Marshal, Fire Investigation class, Windsor, CT | 0.00 | 2.00 | 2.00 |
| 06/16/03 | Crawford Investigation Services, 921 Guide for Fire & Explosions with examinations. | 40.00 | 0.00 | 40.00 |
| 07/30/03 | RI Division of Fire Safety - Program on new RI Fire Code for input and direction of extensive new training for local marshals. | 2.00 | 0.00 | 2.00 |
| 10/6-10/03 | NFPA - 1 & NFPA - 101 by NFPA staff.  Sponsored by RIDFS as part of the new Assistant Deputy State Fire Marshal's program.  Written examinations. | 40.00 | 0.00 | 40.00 |
| | | | | |
| | | | | |
| | ****TOTALS**** | 135.00 | 7.00 | 142.00 |
| | | | | |

Last worked on training / teaching hours.  11/21/01,10/16/02,11/26/02, 0923/03
Documentation found under Sterling Fire Marshal, Training - Tom

# CONTINUING EDUCATION
# NURSING HOME ADMINISTRATOR
## Training Hrs.

**Tom Haynes**

| Date | Activity | Total Hrs. |
|---|---|---|
| 11/18/96 | National Fire Protection Association Fall Meeting in Nashville, TN, Health Care Section Codes & Standards Review Committee Meeting. | 3.5 |
| 11/18/96 | American Health Care Association Safety and Physical Plant Committee meeting in Nashville, TN | 4.0 |
| 11/19-20/96 | National Fire Protection Association Fall Meeting in Nashville, TN, Health Care Section Education Part I and Part II. | 6.0 |
| 05/18-22/97 | National Fire Protection Association Annual Meeting, Los Angles, CA, Health Care Section Education Part I and Part II. | 6.0 |
| 05/19/97 | American Health Care Association Safety and Physical Plant Committee meeting in Nashville, TN | 4.0 |
| 11/15-19/97 | National Fire Protection Association Fall Meeting, Kansas City, MO, , Health Care Section Education Part I and Part II. | 6.0 |
| 11/17/98 | American Health Care Association Safety and Physical Plant Committee meeting in Kansas City, MO | 4.0 |
| 05/17-21/98 | National Fire Protection Association Annual Meeting, Cincinnati, OH | 10 |
| 05/17/98 | American Health Care Association Safety and Physical Plant Committee meeting in Cincinnati, OH | 4.0 |
| 11/15-18/98 | National Fire Protection Association Fall Meeting, Atlanta, GA | 10.5 |
| 11/16/98 | American Health Care Association Safety and Physical Plant Committee meeting in Atalanta, GA | 4.0 |
| 11/14-17/99 | National Fire Protection Association Fall meeting in New Orleans, LA<br>  - Healthcare Emergency Management<br>  - Perspectives, Precautions, and Consequences in Health Care FAcilities | 7.0 |
| 11/15/99 | American Health Care Association Safety and Physical Plant Committee meeting in New Orleans, LA | 4.0 |
| 04/17/00 | | 6.0 |
| 05/14-17/00 | National Fire Protection Association Annual meeting in Denver, CO<br>  - Healthcare sectional education | 8.0 |
| 05/15/00 | American Health Care Association Safety and Physical Plant Committee meeting in Denver, CO | 4.0 |
| 11/13/00 | American Health Care Association Safety and Physical Plant Committee meeting in Orlando, FL | 4.0 |

| | | |
|---|---|---|
| 11/11-15/00 | National Fire Protection Association Fall Education Confreence 2000 in Orlando, FL<br> - Health Care Section "Lessons Learned"<br><br>                                             1.0<br> - Methods of Enhancing Safety Education<br><br>                                             8.0<br> - "Commercial Kitchens: Understanding and Applying the Requirements of NFPA 96"<br><br>                                             3.0<br> - "Advanced Interviewing Skills and Strategies for Assessing Juvenile Fire Setters.<br><br>                                           4.0 | 8.0 |
| 5/13-17/01 | National Fire Protection Association Spring Education Confrence, Anaheim, CA | 10 |
| 05/13/01 | American Health Care Association Safety and Physical Plant Committee meeting in Anaheim, CA | 4 |
| 11/10-15/01 | National Fire Protection Association Fall Education Conference Dallas, TX | 10 |
| 11/11/01 | American Health Care Association Safety and Physical Plant Committee meeting in Dallas, TX | 4 |
| 05/18-23/02 | National Fire Protection Association Spring meeting in Minneapolis, MN | 15.00 |
| 05/18/02 | American Health Care Association Safety and Physical Plant Committee meeting in Minneapolis, MN. | 4 |
| 11/16-21/02 | National Fire Protection Association Fall Education Conference in Atlanta, GA. Legal Aspectsof Fire Prevention, Current Health Care Issues and Emergency Management. | 15.00 |
| 8/30/02 | Hazardous Materials OSHA1920.120 update. | 8.00 |
| 11/10/02 | American Health Care Association Safety and Physical Plant Committee meeting in Atlanta, GA. | 4 |
| 10/6-10/03 | NFPA - 1 & NFPA - 101 by NFPA staff.  Sponsored by RIDFS as part of the new Assistant Deputy State Fire Marshal's program.  Written examinations. | 40.00 |
| | | |
| | | |
| | | |
| | ****TOTALS**** | 217.00 |

C:\DOCS\TOM\RESUME\TRAINING  11/21/96, 11/16/00, 11/26/02,

# CONTINUING EDUCATION
## Training / Teaching Hrs.
Printed on 12/17/03

**Tom Haynes**

| Date | Activity | Train Hrs. | Teach Hrs. | Total Hrs. |
|------|----------|------------|------------|------------|
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      |          |            |            |            |
|      | ****TOTALS**** | 0.00 | 0.00 | 0.00 |
|      |          |            |            |            |

**Thomas Haynes**                                                    p. 1 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions


## DEPOSITIONS: 1990 -


    1. January 29, 1990 at the office of Glenn Blackburn in Suffield, CT.  Tri-Crest Egg Farm fire loss in Scotland, CT on 4/11/88.  We were hired by the Plaintiff Lexington Insurance Co. who was represented by Elliott Feldman, Cozen & O'Connor; defense attorney Ralph Eddy for Aetna and

    2. April 25, 1990 at the office of Glenn Blackburn in Suffield, CT.  Tri-Crest Egg Farm fire loss in Scotland, CT on 4/11/88.  We were hired by the Plaintiff Lexington Insurance Co. who was represented by Elliott Feldman, Cozen & O'Connor; defense attorney ................ representing Onduline.

    3. May 4, 1989 at the office of Thomas F. Kelsey, defence, Cumberland Farms Inc..  We did the original fire scene at C & E Pizza fire loss in East Hartford, dol 8/31/86, for Covenant Insurance Company.  Covenant was represented by Trudy Keating.

    5. December 20, 1990;  Waterbury Foodland vs. Colonial Plaza Corp., DOL 1/21/81;  We were hired long after the fire by the plaintiff's attorney.  Plaintiff's attorney, Nicholas LaRusso, St. John, Scappini & Lomard;  Defense by Christopher Wanat, Taylor, Cooper & Alcorn, they conducted the deposition.

    6. January 9, 1991 and May 1, 1991;  Chapman vs. Norfork & Dedham, DOL 2/7/89 & 7/4/89;  We were hired by Norfork & Dedham to do the original cause and origin for both fires.  Defense, Steve Goldman, Robinson & Cole.  Plaintiff, John Biller, DePanfilis, Vallerie & Biller, they conducted the deposition.

    7. March 15, 1991;  Randazzo vs. Horton & Northeast Utilities, DOL 11/19/85;  We were hired by defense, Northeast Utilities, long after the fire, testified as a fire and electrical expert.  James Grahm of Updike, Kelley & Spellacy represented NU.  Horton Electrical Contractors was represented by O'Connell, Flaherty, Attmore & Forsyth.  INS Insurance was represented by Larry Lavine of Webber, Jacobs & Murphy.

    8. March 18, 1991;  Harrington vs. Square "D" Co., DOL 3/31/88;  Represented the plaintiff through Robinson & Cole, Erick Daniels;  I was involved in the original cause and origin investigation assisting the State Fire Marshal's Office.  Testified as a cause and origin as well as an electrical expert.  CIGNA Ins. Co. had an interest as the homeowners insurance policy.

    9. July 9, 1991; Utica Mutual Ins. v. Denwat Corp, Minwax Corp., Marlborough Country Barn fire loss in Marlborough, CT on 7/18/89; Represented the plaintiff through Robinson and Cole, Charles D. Gill, Jr.; I was involved in the original cause and origin investigation for Utica Mutual Ins. Co.;  Testified as a cause and origin investigator.  The Minwax defense was represented by Day, Berry & Howard, James H. Rotondo & Stephanie Watkins; The Denwat

**Thomas Haynes**                              p. 2 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

Corp. defense was represented by Cooney, Scully & Dowling, Louis B. Blumenfeld.

10. September 6, 1991; Snow vs. Ludwig, DOL 1/1/90, Madison, CT; Represented the plaintiff through ............, Robert Quinn;  Defense was represented by O'Connel, Fladary & Attmore, Hartford, CT: Attorney Joseph Deso.  I was not involved in the original investigation, hired early 1991 by Attn. Quinn.

11. January 22, 1992; Ryan vs. Vegiard, DOL 12/24/88, Coventry, CT; Represented the defense through Donald Leis of Bromson and Reiner, 546 Halfway House Rd., Windsor Locks, CT 06096-1599; The plaintiff was represented by Dale Roberson of Draghi & Roberson, 18 Main St., Ellington, CT.  Testified as to the electrical evidence and report of a fire that I examined and reviewed.

12. February 12, 1992; Vives v. Laposky (6-Erwin), DOL 2/16/91, New Britain, CT; Represented the defense through Geoffrey Naab of Naab, Beach & Clendaiel, 90 State House Square, Hartford, CT; The plaintiff was represented by Morton H. Libbey, Jr., Cronmore, Fitzgerald & Meeney, 49 Westerfield Ave., Hartford, CT.  Testified as to factual evidence taken during the fire scene analysis.

13. April, 16, 1992; Advanced Power v. Northeast Utilities, DOL 9/20/88, Colchester, CT; Represented the defense through Susan Esposoto of Carmody & Torrence, 50 Levenworth St., Waterbury, CT, we did the original fire scene for Northeast Utilities.  Kathlene Ready Smith of Chabot & Breen, 9 Washington St., Hamden, CT attorneys for St. Paul Fire & Marine Insurance Co.  Cynthia Coccomo of Law Offices of Justine Donnelly, Sr., 29 South Main St., West hartford, CT attorneys for Advanced Outdoor Power Equipment, Inc.  Testified as a cause and origin and electrical expert.

14. June 17, 1992; McPhearson v. Irmscher (Riverbend Camp Ground), DOL 4/15/89, Killingworth, CT; Represented the plaintiff through Attorney Kenneth McDonnell, Gould, Larson, Bennet & Munro, 35 Plains Road, Essix, CT.  We did the original fire scene for Allstate insurance who released us to work for McDonnell.  Joseph Curran of Kennedy & Woodbridge, 65 LaSalle Road, West Hartford, CT represented Irmscher.  Testified as a fire cause and origin expert.

15. July 8, 1992; Kliminsky v. Nationwide, Kliminsky fire loss in Hebron, CT on 8/4/89. Represented the defense through Attorney Raymond Kelly, Cotter, Cotter & Sohon, P.C. of Shelton, CT.  Bob Dee did the original fire scene, I did computer calculations of the fire growth and development.  George Silvestri of Silvester & Daly, Hartford, CT represented the plaintiff, Kliminsky.  Testified as to the computer analysis of the fire scene.

16. July 30, 1992; Farser v. Juliano fire loss in New Haven, CT on 12/17/88. Represented the plaintiff through Attorney Stephen Traub of Lynch, Traub, Keefe & Errante, 52 Trumbull St., New Haven, CT.  We did not do the original scene.  Attorney Dennis Gillooly of Sperandeo & Donegan, 59 Elm St., New Haven, CT took the deposition.  The majority of the work was done

**Thomas Haynes**
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

p. 3 of 13.

with cause and origin and fire code analysis.

17. September 3, 1992; Bishop of Portland, ME v. Southern Main Area Agency on Aging fire loss on 12/7/89 in Limerick, ME. Represented the defense through Attorney Lee Bals, friedman & Babcock, Six City Center, Portland ME 04112-4726. We did not do the original fire scene. Attorney Stephen Lickteig, Fetterly & Gordon, 808 Nicollet Mall, Minneapols, MI 55402 took my deposition in Boston, MA. Testified as to possible cause and origin, fire growth and development, the extension of fire through the building and appropriate codes.

18. September 11, 1992; Thalacker v. Plains Road Partnership, the fire occurred on 2/7/90 in Windham, CT. The following attorneys were present: Richard Kenny, John Nagle, Christopher Rowdrrly, David Netburn, Scott Clendaniel. We were involved in the original fire loss with the Connecticut State Police, Bureau of the State Fire Marshal. Testified as an electrical expert with some attention to the cause and origin. Richard Kenny contacted us although we are not working for him.

19. November 6, 1992; Nicola V. Viapaino v. Agricultural Insurance Great American); The fire occurred in the Viapaino residence in Thompson, CT on 11/15/90; The following attorneys were present: Raymond Demeo, Robinson & Cole for Great American Ins. Co. and Robert A. Teitenberg, Teitenberg & Wallace, 902 South Quaker Lane, West Hartford, CT 06110 for Viapaino. We did the original cause and origin investigation for Great American Ins., Co.; Testified as to cause and origin, electrical fire investigation and flammable liquids in a fire.

20. November 10, 1992; White v. Edmonos, ET AL; A fire occurred at the White residence in Stamford, CT on July 23, 1987; The following attorneys were present: Plaintiff -White-, Mark Leader representing Arnold Beizer's office of Hartford; Defense -Edmonos-, Knoll Newman & Cheryl Carolan from Friedman, Mellitz & Newman in Fairfield, CT; Defense -Stamford Section 8 Housing-, Tom Stevenson; We did the original cause and origin investigation for Arnold Beizer. Testified as to cause and origin.

21. December 18, 1992; Boecherer v. Leviton; A fire occurred at the Carl Boecherer residence in Canterbury, CT on 3/18/90; The following were present; Plaintiff: Brian Lincicome, Cozen & O'Connor, 1900 Market Street, Philadelphia, PA 19103; Defense Donn Swift, Lynch, Traub, Keefe and Errante, P.O. Box 1612, New Haven, CT 06506 & Jerry King, Mgr. Product Liability, Leviton, Little Neck, NY 11362; We investigated the original fire scene. Testified as to cause and origin and electrical as it relates to cause and origin.

22. February 24, 1993; Villifano v. Britt; A fire occurred at 282 Scott Road, Waterbury, CT on 5/26/90; The following attorneys were present; Plaintiff - Villafano - Thomas McDermott of Feeley, Nicholas, Chase & McDermott P.C., Waterbury, CT. Defense - Britt - David Hill of Halloran & Sage in Hartford, CT; and Fred O'Donnell of Fred S. O'Donnell Investigations of Groton, CT. I examined electrical evidence for the Waterbury Fire Marshal's Office. I did not go to the fire scene. We were later hired by Thomas McDermott to represent the plaintiff. Testified as an electrical and cause and origin expert.

**Thomas Haynes**
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

23. March 16, 1993; Covenant Insurance Co. vs. Connecticut Light & Power; A fire occurred at 456 - 486 Main Street, Winsted, CT on September 19, 1987. The following were present; Plaintiff: James Aspell, Furniss & Quinn, P.C., Hartford, CT 06106; Defense: Maureen Cox of Carmody & Torrence, 50 Levenworth St., Waterbury, CT and Larry Rennkiewkz of Northeast Utilities. We testified on behalf of the plaintiff. I investigated the original fire scene for the Covenant Insurance Co. I testified as a origin and cause expert as well as an electrical expert.

24. May 11, 1993; Beaudreau v. Jambard; The deposition was taken by the Defense. A fire occurred at 24 Humphrey Ln, Danielson, CT on 12/23/89. The following were present: Plaintiff - Gloria Weiss, Sarantopoulos, Weiss & Weiss, Danielson, CT; Defense - Thomas Haggerty, Halloran & Sage, Hartford, CT.; also present was Juri Tallman, Norwich, CT representing John Alexander. We testified on behalf of the plaintiff. I did not investigate the original fire scene. I testified as to the fire growth and development, applicable fire codes and as to some of a fire marshal's duties.

25. June 4, 1993: American National Fire Insurance Co. vs. F.F. Hitchcock Co., Inc. etc.; The fire occurred at Millhouse Antiques in Woodbury, CT on 12/03/90. The deposition was taken by Kevin Walsh of Cella, McKeon & Williams, North Haven, CT who represented the Hitchcock one of the defendants. The following attorneys were present: Defense of Mattson, David Robertson of Pollock & Dunnigan, Bridgeport, CT; Defense of Olsen, Michael Bowler, Williams, Cooney & Sheehy, Bridgeport, CT; Defense of Devino Fuels, Randall Avery of Avery & Crone, Stamford, CT; Defense of Lenox, Joel Fain, Morrison, Mahoney & Miller, Hartford, CT. The plaintiff, Great American Ins. Co. was represented by Ronda Tobin of Robinson & Cole, Hartford, CT. We testified on behalf of the plaintiff as to cause and origin, electrical and hot air furnace work that we observed and performed at the original fire scene. The deposition was not completed on this date.

26. June 24, 1993 American National Fire Insurance Co. vs. F.F. Hitchcock Co., Inc. et. al. Continuation of June 4, 1993 deposition preliminarily by Kevin Walsh with some by Randall Avery. The deposition was not completed on this date.

27. January 7, 1994 CNA    Insurance Company, et. al. VS. Thomas J. Tucciaronte, et. al. The fire occurred at Flanders Mall in East Lyme, CT on 9/30/88. The deposition was taken by William H. Narwold, Cummings & Lockwood, City Place 1 Hartford, CT 06105 who represented one of the defendants. Larry Levine, Webber, Jacobs & Murphy, 645 Farmington Avenue, Hartford, CT represented CNA. We testified on behalf of several plaintiffs as to cause and origin. We conducted one of the original cause and origin scene investigations.

28. January 11, 1994, White & Kidney VS. Grey Electric. The fire occurred at 32 - 34 Cossette St., Waterbury, CT on 9/21/90. Robert H. McAndrew, Tyler, Cooper & Alcorn, City Place, 35th floor,    Hartford, Ct 06103-3488 represented the defendant and took the deposition. Charles E. Oman III, Drubner, Hartley, O'Connor & Mengacci, 414 Meadow St., PO

**Thomas Haynes**                                      p. 5 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

Box 346, Waterbury, CT 06720 represented the plaintiff. We testified on behalf of the plaintiff as a cause and origin and electrical expert. We investigated the original fire scene with the Waterbury Fire Marshal's Office.

29. March 16, 1994, Sylvia vs. Frausini. The fire occurred at the Frasuini Pluming & Heating Company business in New London, CT on 3/4/91. Michael Walsh from Jacison, O'Keefe & Dunn, Hartford, CT representing a defendant took my deposition. Jeff Low of Jef Low in Norwich, CT represented Frasuini (plaintiff) hired us to assist his firm. Testified as a cause and origin and electrical expert. We conducted the original origin and cause investigation for National Graange Insurance (out of the case).

30. April 20, 1994, Wagschal vs. Chubb Insurance Co.. The fire occurred at the Hurman Wagschal residence in Monsey, NY on 7/9/90. Barbara Matarazzo of Matarazzo Blumberg & Associates, P.C., New York, NY represented Wagschal, the plaintiff, took the deposition. Frank Tell of Tell, Cheser & Breitbart, New York, NY represented Chubb Insurance Co., the defendant. We were hired by the Chubb Insurance Company to conduct the original cause and origin investigation. Testified as a fire cause and origin expert.

31. May 3, 1994, Pajak (Aetna) vs. Advanced Transformer et al. The fire occurred at the Pajak residence in Wolcott, CT on 8/19/87. Mark Swerdloff of Swerdloff & Swerdloff represented the plaintiff, Pajak (Aetna). Frederick Tedford of Danaher, Tedford, Lagnese & Neil represented the defense, Advanced Transformer, took the deposition. Philip O'Connor of Gordon, Muir & Foley represented the defense, fixture manufacturer, took the deposition. We were hired by Aetna to conduct the original fire cause and origin investigation. Testified as a fire expert for the plaintiff.

32. June 21 & 22, 1994, New London Federal Savings ET AL vs. Thomas Tucciarone, ET AL (Flanders Mall). The fire occurred in the Flanders Mall building on 09/30/88 in East Lyme, CT. Numerous attorneys were present with Janet Sistare of Blackburn & Sistare, Suffield, CT representing the Plaintiffs. William Narwold of Cummings & Lockwood, Hartford, CT noticing the deposition for the defense. We conducted the original cause and origin investigation for CNA Insurance, one of the plaintiff's. Testified as an electrical and fire cause and origin expert for the plaintiff's.

33. June 23, 1994, Travlers v. Storms. The fire occurred at a Blackstone Village Condominium Association building in Middletown, CT on 05/22/90. Lester Katz of Katz & Seligman, Hartford, CT represented the defense and took my deposition. Timothy Fisher of Murphy, Laudati & Kiel, Farmington, CT represented the Plaintiff. We examined evidence in the Middletown Fire Marshal's Office for Travlers Insurance in 1990. Testified as an electrical and fire cause and origin expert for the plaintiff.

34. July 14, 1994, Brown v. Keeley. The fire occurred at a building owned by E.M.W. Associates located on Englewood Avenue in Waterbury, CT on May 11, 1990. John Del Buono of John Del Buono Attorney at Law, Watertown, CT represented the plaintiff and took my

deposition.  Charles Wood of Law Offices in Wallingford, CT represented the defense.  We conducted the original fire cause and origin investigation for Lumberman's Mutual Insurance Company who insured the building.  Testified as a fire cause and origin and electrical expert for the defense.

35. July 29, 1994 Pennsylvania Millers Mutual Insurance Company vs. Hosmer Mountain Bottling Company.  The fire occurred in a building owned and occupied by Mackey's Suburban Home and Farm Center in Willimantic, CT on July 12, 1990.  Charles Gill of Robinson & Cole in Hartford, CT represented the plaintiff Penn Miller Ins. Co.  Kenneth Williams of Gordon, Muir & Foley, Hartford, CT represented the plaintiff Mackey's.  James Haviland, Groton, CT represented the defendant who took my deposition.  We conducted the original fire cause and origin investigation for the Penn Mutual Ins. Co. who insured Mackey's building and contents. Testified as a fire cause and origin expert.

36. August 8, 1994 Utica Mutual Insurance Company vs. Denwat Corporation, Minwax Company, Inc.  This is the second day of the deposition, the first day was July 9, 1991.  The fire occurred at Marlborough Country Barn in Marlborough, CT on July 18, 1994.  Frank Coulom of Robinson & Cole represented the plaintiff Utica.  James Rotondo of Day, Berry & Howard, Hartford, CT represented the defendant Minwax.  Louis Blumnfeld of Cooney, Scully & Dowling, Hartford, CT represented the defendant Denwat.  Lisa L. Oberg, Esq., Haight, Brown & Bonesteel, Santa Monica, CA Attorneys for the Defendant Minwax Company.  Dan M. Forestiere, Director of Regulatory Affairs.  The defendants took my deposition.  We conducted the original fire cause and origin investigation for Utica Mutual.  Testified as a fire cause and origin expert.

37. August 9 & 11, 1994 Allstate Insurance Company vs. Denwat Corporation, Minwax Company, Inc.  The fire occurred at the Elliott Leonard residence in New Milford, CT on April 26, 1989.  Frank Coulom of Robinson & Cole represented the plaintiff Allstate.  James Rotondo of Day, Berry & Howard, Hartford, CT represented the defendant Minwax.  Louis Blumnfeld of Cooney, Scully & Dowling, Hartford, CT represented the defendant Denwat.  The defendants took my deposition.  We conducted the original fire cause and origin investigation for Allstate Ins.  Testified as a fire cause and origin and electrical expert.

38. November 28, 1994 Donald Golden vs. Chubb Insurance Co.  The fire occurred at the Donald Golden residence in Greenwich, CT on December 2, 1988.  Dennis D'Antonio represented the plaintiff Donald Golden.  Alfred Polidore of Tell, Chester, Breitbart, NY, NY represented the defense Chubb Insurance Company.  The plaintiff's took my deposition.  We conducted the original cause and origin investigation for the Chubb Insurance Company. Testified as a cause and origin and electrical expert.

39. April 12, 1995 St. Mary's Church vs. E.E.S. Corporation A/K/A Electrical Energy.  The fire occurred at the St. Mary's Church in Portland, CT on 06/25/91.  Mark Altermatt of Halloran & Sage in Hartford, CT represented the Plaintiff.  Robert LaRose of Law Offices of Michael E. Riley represented one of the defendants.  The Robert LaRose took my deposition.

**Thomas Haynes**                                                              p. 7 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

Also present and representing other defendants James Geanuracos from Skelley Rottner in West Hartford, CT and Steven Kaplan of Michelson, Kane, Royster & Berger from Hartford, CT. We conducted the original fire cause and origin investigation for the Catholic Mutual Insurance Co. Testified as a fire cause and origin expert and electrical expert.

40. August 10, 1995 Continuation of deposition in St. Mary's Church vs. E.E.S. Corporation A/K/A Electrical Energy. The fire occurred at the St. Mary's Church in Portland, CT on 06/25/91. Mark Altermatt of Halloran & Sage in Hartford, CT represented the Plaintiff. Robert LaRose of Law Offices of Michael E. Riley represented E.E.S. Corporation a defendants. The Robert LaRose took my deposition. Also present and representing other defendants James Geanuracos from Skelley Rottner in West Hartford, CT for Newfield Construction Co. and Joseph Mathews of Michelson, Kane, Royster & Berger from Hartford, CT for Simplex Time Recorder. We conducted the original fire cause and origin investigation for the Catholic Mutual Insurance Co. Testified as a fire cause and origin expert and electrical expert.

41. September 18, 1995 Nancy Touchette, Admx., Et Al vs. Dots, Inc., Et Al. The incident occurred at the Touchette residence in Montville, CT on 04/17/90. George Touchette was electrocuted. Robert Reardon of The Reardon Law Firm in New London, CT represented the plaintiff. Bruce Raymond of Halloran & Sage in Hartford, CT represented the defendant. Bruce Raymond took my deposition. We originally examined a roto-rooter machine for the Connecticut State Police. We were later hired by the plaintiff's attorney, Robert Reardon. Testified as an electrical expert.

42. December 13, 1994 Pennington, et al vs. Gabriele, et al. A fire occurred in a building owned by Gabriele in Greenwich, CT on 03/22/94. Jason Gladstone of Gladstone, Schwartz, Blum & Woods, L.L.C., Bridgeport, CT represents the plaintiff. Jeffrey Fisher of Nuzzo & Roberts, L.L.C., Cheshire, CT represents the defendant. Jeffrey Fisher took my deposition. We were hired by Jason Gladstone to examine evidence and reports. We testified as an electrical expert.

43. February 22, 1996 Thelonious Paige vs. St. Andrew's Church, et al. Paige was burned while cleaning a boiler at St. Andrew's Church in Bridgeport, CT on 04/22/88. Attorney Vincent Musto of Koskoff, Koskoff & Bieder, Bridgeport, CT represents Paige, plaintiff. Attorney Mark Cramer of Halloran & Sage, Hartford, CT represents St. Andrew's Church, defense. Attorney Musto took my deposition. We conducted our original investigation into the incident for the Bridgeport Fire Marshal's Office and St. Andrew's Church. We testified as a boiler/electrical expert.

44. April 25, 1997 Leonard Gotkin, ET AL vs. Steve & Joanne Colsen. A fire occurred at the Stoneledge stables (Colsen) in North Stonington, CT on 02/08/93. Richard Cromie of Attorney at Law, 24 Lake St., Coventry, CT 06238 for the plaintiff. Richard Kenny of Howard, Kohn, Sprague & Fitzgerald, 237 Buckingham St., Hartford, CT 06126-08696 for the defense. We were first contacted by the CT State Police, Office of the State Fire Marshal to assist with the fire scene analysis. We later contacted by the insurance company for Stoneledge. We testified as

**Thomas Haynes**                    p. 8 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

a electrical expert and a fire cause and origin expert.

45. September 30, 1997 Pacific Indemnity Company vs. The Connecticut Light and Power Company. A fire occurred at the Well residence in Greenwich, CT on 02/15/94. Stephen Goldman of Robinson and Cole, Hartford, CT for the plaintiff. Richard Street of Carmody & Torrance, Waterbury CT for the defendant. We conducted our fire scene examination at the time of the loss for Chubb Insurance Company. We testified as a fire cause and origin and electrical expert for the plaintiff.

46. May 1, 1998 The Travelers Indemnity Company as Subrogee of Dean College v. Elisa Troisi & Barri Weinberg. A fire that occurred at Dean College in Franklin, MA on October 25, 1995. Elliott Feldman, Cozen & O'Connor, Philadelphia, PA for the plaintiff. Daniel Mahoney, Healy & Healy, Boston, MA for Elisa Troisi. John Cvejanovich, O'Connel, Flaherty & Attmore, Springfield, MA for Barri Weinberg. We conducted our original fire scene examination at the time of the fire for Cozen & O'Connor representing Travelers Insurance Company. We testified as a fire cause and origin and electrical expert for the plaintiff.

47. May 11, 1998 Utica Mutual Insurance Co., et al, vs. Novella Developmant Corp., et al. A fire that occurred at the Kleinschard residence in New Milford, CT on 01/27/94. Frank Coulom of Robinson & Cole for the plaintiff, Utica Mutual. Mark Altermat, Halloran & Sage, Hartford, CT for the defense. Thomas Murtha for the defense. Dee Ins. Inv. Inc. conducted the original cause and origin investigation for Eastland Claims Service for Utica Mutual Insurance who insured the Kleinschards.. I was involved in the examination of the electrical evidence. I testified as an electrical expert and cause and origin expert for the plaintiff.

48. June 3, 1998 Hubinger vs. James Heating Oil et al. A fire that occurred at the Hubinger residence in Seymore, CT on 02/29/92. Prescott W. May, May & Stanek, Seymore, CT for the plaintiff, Hubinger. Matthew Conway, Danaher, Tedford, Langnese & Neal, Hartford for the defendant Gary Spear. Robert Sickinger, Murphy & Korple, Bridgeport, CT for the defendant James Heating. Howard Levin, Carmody & Torrence, New Haven, CT for the third party defendant Cargill Energy. We conducted a fire cause and origin investigation at the time of the fire for Attorney Fred Stanek for the plaintiff Hubinger at the time of the fire. I testified as a fire cause and origin expert and a boiler expert for the plaintiff Hubinger.

49. July 1, 1998 Diehl vs. Sunbeam. A fire that occurred at the Diehl residence in West Haven, CT on 04/21/93. Dan Sullivan, Robinson & Cole, Hartford, CT for the plaintiff, Diehl (Allstate Ins.). James Carrol, McGrail, Carroll & Turney, PC, New Haven, CT for the defendant, Sunbeam. We conducted a fire cause and origin investigation for Allstate Insurance Co., the plaintiff at the time of the fire. I testified as a fire cause and origin expert and a electrical expert

for the plaintiff Diehl.

50. September 10, 1998 Cedar Asso. vs. Et Al. A fire occurred in a building owned by Cedar Associates in Norwalk, CT on 12/24/94. Brian Lincicome, Cozen & O'Connor, Philadelphia, PA for the plaintiff , CNA Insurance Co.. Michael Riley, O;Keefe, Phelan & Jackson, Hartford, CT for the defense. Douglas Eisentien, Mound, Cotton & Wollan, NY, NY for the defense. We conducted the original fire cause and origin investigation for CNA Insurance Co. at the time of the fire loss. I testified as a fire cause and origin expert, some electrical and automatic sprinkler systems for the plaintiff.

51. November 10, 1998 Cardozo vs. Travelers Ins. & Travelers Ins. vs. Cardozo. A fire occurred in the Cardozo residence in Weston, CT on November 7, 1996. A Alan R. Spirer Spirer & Cott, Westport, CT for the plaintiff Cardozo. Frederick B. Tedford, ESQ., Danaher, Tedford, Lagnese & Neal, P.C., Hartford, Connecticut for the defendant Travelers Ins. We were hired by Attorney Spirer in 1998 to review all material and evidence and assist in the case. I testified as a fire cause and origin expert and an electrical expert. This deposition will be continued at a future date when the ongoing investigation is complete.

52. December 9, 1998 Lang vs. Brom Builders ET AL (CV95 03697866). A fire occurred at the lang residence in Guilford, CT on December 29, 1993. Donald Waltz, Cozen & O'Connor, Philadelphia, PA for the plaintiff Lang. Kevin Walsh, Cella, McKeon & Williams PC, North Haven, CT for the defendant Brom Builders. Michael Feldman, Farmington, CT for the defense of Willis. Michael O'Sullifian, Law Offices of Scott Clendaniel for the defense. D.Branford Sessa, Hawthorne, NY for the defense, third party Security. We (Dee Insurance Investigations, Inc.) were hired by Cozen & O'Connor (Atlantic Mutual) to conduct the original fire scene investigation. I did not do the cause and origin investigation. I testified as to a product failure, metal chimney, for the plaintiff.

53. December 16, 1998 Goodfellows Restaurant vs. Colonia Ins. (3:97cv148(DJS) & (3:97cv235(DJS). A fire occurred at the building owned by Cimillo Tramontana in Stamford, CT on February 4, 1995. Keith Currier, Law Offices of Stewart Blackburn, Windsor Locks, CT for the plaintiff. James Celentano, Halloran & Sage, Hartford, CT for the defense. We (Dee Insurance Investigations, Inc.) Were hired by CNA Insurance (Tramontana) to conduct a fire cause and origin investigation which was done at the time of the fire loss. We were later hired by Law Offices of Stewart Blackburn. I testified as a fire cause and origin expert for the plaintiff represented by Law Offices of Stewart Blackburn.

54. June 3, 1999 Cardozo vs. Travelers Ins. & Travelers Ins. vs. Cardozo. A fire occurred in the Cardozo residence in Weston, CT on November 7, 1996. A Alan R. SpirerSpirer & Cott, Westport, CT for the plaintiff Cardozo. Frederick B. Tedford, ESQ., Danaher, Tedford, Lagnese & Neal, P.C., Hartford, Connecticut for the defendant Travelers Ins. We were hired by Attorney Spirer in 1998 to review all material and evidence and assist in the case. I testified as a fire cause and origin expert and an electrical expert. Continuation of the deposition started on November 10, 1998.