**Thomas Haynes**           p. 10 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

55. October 11, 1999 Quincy Mutual Fire Insurance Company v. Statewood Inc. d.b.a. State Line Oil Company (Docket No. CV-97-0478142S). A fire occurred at the George Karanian residence in Southwick, MA on February 18, 1995. John Hanks, Noble, Young & O'Connor, P.C., Hartford, CT for the plaintiff Quincy Mutual Fire Insurance Company. Randal Avery, Avery & Crone, Stamford, CT for the defense of State Line Oil Company. We were hired by Attorney Avery in 1998 to review all reports, depositions and photographs and assist in the case. I testified as a fire cause and origin, boiler and electrical expert. The deposition was taken by John Hanks.

56. December 22, 1999 T.I.G ??  vs. ????. A fire occurred at the Patrick Palmari residence in Branford, CT on Saturday, January 4, 1997. Clayton J. Quinn, Morrison, Mahoney & Miller, L.L.P., 100 Pearl St., Hartford, CT 06103 for T.I.G. Insurance Company. Gary C. Kaisen, Milano & Wanat, 471 East Main St., Branford, CT 06405 for the defense of ????. We were hired by T.I.G. Insurance Company to conduct a fire cause and origin investigation. I testified as a fire cause and origin and electrical expert. The deposition was not completed and will continue.

57. May 22, 2000 L.A. Roberts vs. Strip & Wax. A fire occurred at the L. A. Roberts restaurant in North Kingston, RI on October 6, 1992. Stephen Gordon, Gordon Law, Providence, RI for L. A. Roberts. Kim Simson, Vitter & White, Providence, RI for Strip & Wax took my deposition. We were originally hired by North American Specialty Company to conduct a fire cause and origin investigation. We were hired by Gordon Law in April 2000. I testified as a fire cause and origin exert.

58. July 24, 2000 Home Insurance Company vs. Carpionato Corporation. A automatic fire sprinkler freeze up occurred at the Holiday Inn @ the Crossing in Warwick, RI on January 17, 1992. Bernard P. Healy, Kiernan, Plunkett & Redihan, Providence, RI for Home Insurance Company. Mark Dolan of Providence, RI for Carpionato Corporation took my deposition. We were originally hired by Home Insurance Company to conduct an investigation into the automatic fire sprinkler system failure that resulted in significant water damage. I testified as to the failure of the automatic fire sprinkler system caused by improper design and/or installation.

59. December 13, 2000 Carrol vs. Allstate. CV 98-0164867S. A fire occurred at the Oswald Carrol residence in Norwalk, CT on January 21, 1997. Frederic S. Ury, Ury & Moskow, L.L.C., Westport, CT for Oswald Carrol took my deposition. Dan Sullivan, Robinson & Cole, Hartford, CT for Allstate Insurance. We conducted the original fire scene examination for Allstate Insurance. I testified as a fire cause and origin expert.

60. July 26, 2001 Gregory Vs. Gem Electric, ET AL CV 98-0491908S. A fire that occurred at the Gregory residence in Plainville, CT on December 28, 1996. Michael Feldman, Law Offices of Michael Feldman, 10 Waterside Drive, Suite 303, Farmington, CT for the Defendant/Third Party Plaintiff William Petit d/b/a Petit's General Store took my deposition. We were originally hired by Attorney Segal & Laska, Segal & Laska, P.O. Drawer A, 100 East Main

**Thomas Haynes**        p. 11 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

Street, Plainville, Connecticut 06062 representing the Estate of Gregory. We conducted an examination of electrical evidence and reviewed documents relative to the case for Segal & Laska. I testified as a fire cause and origin expert and an electrical expert.

     61. October 5, 2001 Herold Boyajian vs. Sears, Roebuck & Co Alias and Don's Mower and Power Equipment, Inc.# C.A. NO.:99-10. A fire that occurred at the Herold Boyajian residence in East Greenwich, RI on January 5, 1996. Peter Garvey, Higgins, Cavanagh & Cooney, Providence, RI for the defendant Sears Roebuck & Company. Peter Clarkin, McKenney, Jeffrey & Quigley, Providence, RI for the defendant Don's Lawnmower Repair. Haig Bartsemian and Charles Rennick for the Plaintiff Boyajian. We were originally hired by CNA Insurance Company to conduct the cause and origin of the fire in January 1996. I testified as a fire cause and origin expert, electrical expert and a small engine expert.

     62. February 5, 2002 Pacific Indemnity Company as subrogee of Lynn and Susan Rotando v. Atlantic Heating & Air Conditioning U.S.D.C. Civil Action No.: 00-11574-JLT. A fire occurred at the Rotando's residence in Boston, MA on August 20, 1998. David J. Groth, Cozen & O'Connor, Philadelphia, PA for the plaintiff. Jim Peloquin & Kurt Fliegauf, Conn, Kavanaugh, Rosenthal, Peish & Ford, LLP., Boston, MA for the defense, Ohio Casualty (Great American Insurance Company). I was not involved in the original fire scene investigation. I was later asked by the insurer of the defendant to examine some electrical evidence. I was later asked by the attorney for the defendant to assist with the review of documents produced and render a report. I testified as a fire cause and origin expert and an electrical expert for the defendant.

     63. February 19, 2001 Elizabeth Ferguson vs. Wayland Manor Associates & Capstone Financial Services, Inc., d/b/a Capstone Properties. Civil action, Superior Court, Providence, RI C.A. No. PC95-5473. The fire occurred at Wayland Manor in Providence, RI on 04/13/94. Peter J. Cerilli, Cerilli, McGuirl & Bicki, Providence, RI for the plaintiff. Ron Langlais & Lauren D. Wilkins, Gallagher & Gallagher, Providence, RI for the defense. I was not involved in the original investigation. I was asked by the attorney for the plaintiff to review some reports and depositions and comment on the probable cause of the fire. I testified as a fire cause and origin expert for the plaintiff.

     64. April 15, 2002 DiPippo (Rotondo) vs. Nationwide Mutual Fire Insurance Company. Civil action, Superior Court, Providence, RI. The fire occurred in a house owned by DiPippo and Rotondo on 12/7/95. Thomas Connors, Landry & Connors, Law Office, Providence, RI for the plaintiff. John Boland, Reynolds, DeMarco & Boland, LTD, Providence, RI for the defense. I was involved in the fire scene investigation approximately one (1) year after the fire representing Rotondo in a criminal trial. I testified as a fire cause and origin expert for the plaintiff.

     65. July 23, 2002 National Grange Mutual Insurance Co. as Subrogee of Josephine Grasso vs. A&A Salons, Ind. d/b/a Total Image Salon. Civil action in United States District Court for the District of Connecticut, number 3:01CV01417 (CFD). The fire occurred in a building owned by Josephine Grasso in Darien, CT on December 9, 1999. Dirk Pastorick, Cozen

**Thomas Haynes**  p. 12 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

O'Connor for National Grange Insurance (Josephine Grasso) for the Plaintiff. Jessica D Meerbergen, Cooney, Scully and Dowling, Hartford, CT for the defendant Total Image Salon. I was involved in the original fire investigation for National Grange Mutual. I testified as a fire cause and origin expert and an electrical expert for the plaintiff.

66. October 14, 2002 Penn Millers Insurance Company v. Vaillant International GMBH. Civil action. The fire occurred at a house owned by Thomas Glynn in Stonington, CT on January 3, 1999. Carolyn Gould, Mulvey, Oliver & Gould, New Haven, CT for the Plaintiff. Kevin Walsh, Cella, McKeon & Williams, North Haven, CT for the defendant. I investigated the original fire scene for Penn Millers Insurance Company. I testified as a fire cause and origin expert for the plaintiff. The deposition was not completed on this date.

67. December 19, 2002 Lumber a/s/o Corner House vs. Lightolier. Civil action in United States District Court for the District of Connecticut, consolidated case #3:01 CV 197. The fire occurred in a building known as Corner House at 4 Main Street, Farmington, CT on Tuesday, December 28, 1999. Robert Cassot, Morrison, Mahoney & Miller, LLP, Hartford, CT for the plaintiff Corner House Associates Limited Partnership. Margaret Ralphs, Law Offices of Stuart G. Blackburn, Windsor Locks, CT for the Plaintiff Atlantic Mutual Insurance. Frederick (Ted) Tedford, Donaher, Tedford, Lagnese & Neal, P.C., Hartford, CT for the defense Lightolier a division of Genlyte Thomas Group, L.L.C. We were hired by Morrison, Mahoney & Miller in 2002 to assist with the case. I testified as a fire cause and origin and electrical expert for the plaintiff.

68. January 17, 2003 Hull vs. Lewis, Walden vs. Lewis (11 Wig Hill Rd.). Civil action in State of Connecticut Judicial District of New London, CT CV 01 0557439S, CV 01 0557403S & CV-01-0557438S. The fire occurred at 11 Wig Hill Rd., Chsester, CT on Wednesday, December 30, 1998 with the loss of three (3) lives. Humbert J. Polito, Jr., Polito & Quinn, LLC, Waterford, CT 06385 and Burce Newman, Law Offices of Bruce E. Newman, LLC, Deep River, CT 06417 for the plaintiffs. Mark A. Newcity, Fitzhugh & Associates, Boston, MA 02110-1727 for the defense. We originally were at the scene to assist the Office of State Fire Marshal. We were later hired by Polito and Newman to assist with the case. The deposition was not completed at this time. I testified as a fire cause and origin and heating/boiler expert for the plaintiff. Deposition completed on February 21, 2003.

69. July 1, 2003 Air Inc. Union Mutual Ins. Co. vs. Air Inc., Civil Action No. 302CV1216 (DJS) and National Grange Mutual Ins. vs. Air Inc., Civil Action No. 302CV1317 (DJS). The fire occurred at the Brookfield Office Park building, Brookfield, CT on August 2, 2000. William Gericke, Esq., Cozen O'Connor, Philadelphia, PA and Stewart Blackburn, Esq.. Law Offices of Stuart G Blackburn, Windsor Locks, CT represented the plaintiff. Ken Mulvey, Jr.,Esq., Mulvey, Oliver & Gould, New Haven, CT represented the defense of Air Inc. We were hired by Mulvey, Oliver & Gould to conduct the original cause and origin investigation. I testified for the defense as to the cause and origin of the fire and an electrical expert.

70. July 24, 2003 Carmine's Restaurant, Quick Print (Utica) v. M.J. Neiditz & Co., Inc., Doc. No. CV 01-0169936S (X01), J.D. of Waterbury Complex Litigation. The fire occurred at Raymond Jewelers in the same strip mall as Carmine's Restaurant in West Hartford, CT on

# Thomas Haynes

2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

p. 13 of 13.

August 14, 1999. Robert M. LaRose, Russo & Bresnahan, Meriden, CT, Defendant - M.J. Neiditz & Co., Inc. took my depos6tion. The following were present: John Spielman, Morrison, Mahoney & Miller for the defense of Hare Associates; John Lewis, Brignole & Bush for the plaintiff Izzo Group in Consolidated Case; John Sponheimer, Hoyle & Sponheimer for the plaintiff Jewelers Mutual & defendant Denise Harned in Consolidated Case; Vincent Roche, Heffernan & Heffernan for the plaintiff Fireman's Fund in Consolidated Case; John Knae, Robinson & Cole for the plaintiff Travelers in Consolidated Case; John Pezzillo and Jane Hagerty, Ryan, Ryan, Johnson & Deluca for the plaintiff Quickprint; Justin Donnelly, Law Offices of Stuart Blackburn for Beautyland & Carmine's Restaurant as Subrogee of Izzo in Cosolidated Case; I conducted a fire origin and cause investigation for The Hartford Insurance Company the insurer of Carmine's Restaurant and at least one (1) other occupancy in the strip mall. I testified as a fire origin and cause and electrical expert.

**Thomas Haynes**　　　　　　　　　　　　　　p. 14 of 13.
2084 Plainfield Pike, Greene, RI 02827
401-397-7820 phone/fax
Depositions

71. September 12, 2003 Osorio (Allstate Ins.) vs. Proctor Silex. The fire occurred at the William Osorio residence in Stratford, CT on April 19, 2000. William Clark, Cozen Oconnor, Philadelphia, PA represented Allstate Insurance Company. Allstate Insurance Company insured the Osorio residence. Louis Hensler, III, McGuireWoods, LLP., Norfolk, VA represented the defendant Proctor Silex, he took my deposition. Peter Sachner, Tyler, Cooper & Alcorn, LLP., Hartford, CT was present as local counsel for the defense. I testified for the Plaintiff. I conducted the original fire origin and cause investigation for Allstate Insurance Co. I testified as a fire origin and cause expert with some electrical.

72. December 16, 2003 Roger and Marie Houde Vs. Ryder Truck Rental, Inc. and Volvo Trucks North America, Inc. Merrimack County, SS Superior Court 02-C-214. The fire occurred at the Roger and Marie Houde residence in Hennicker, NH on November 17, 2000. Matthew Johnson, Devine, Millimet & Branch, Professional Association, Attorneys at law, 111 Amherst St., Box 719, Manchester, NH 03105 representing Volvo and Nicholas D. Wright, Nicholas D., Bolichard & Kleinman P.A., 100 Middle St., Manchester, NH 03101 representing the Houde's took my deposition. James LaMontagne, Sheehan, Phinney, Bass & Green Attorneys at Law, 1000 Elm St., PO Box 3701, Manchester, NH 03105-3701 represented Ryder Truck. We were hired to conduct the original fire scene investigation by Ryder Truck. I testified as to the fire origin and cause and electrical failures.

Last worked on depositions.

10/12/92, 11/9/92, 11/30/92, 12/21/92, 02/24/93, 03/17/93, 05/12/93, 06/07/93, 06/25/93, 01/10/94, 01/12/94, 03/23/94, 04/21/94, 05/04/94, 06/24/94, 07/15/94, 08/01/94, 08/09/94, 08/15/94, 11/29/94, 05/08/95, 08/11/95, 09/19/95, 12/15/95, 02/23/96, 05/15/97, 10/01/98, 10/04/98, 05/12/98, 06/05/98, 07/07/98, 09/11/98, 11/10/98, 12/10/98, 12/17/98, 6/4/99, 10/11/99, 12/22/99, 5/23/00, 7/25/00, 12/14/00, 10/3/01, 10/08/01, 2/15/02, 2/19/02, 4/22/02, 7/24/02, 10/31/02 1/14/03, 01/20/03, 07/29/03, 09/12/03, 12/17/03,