IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEACO INSURANCE COMPANY a/s/o | : | |
| CORNER HOUSE ASSOCIATES, LLP, | : | CASE NO. 3:01 CV 197 (AHN) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LIGHTOLIER, a division of GENLYTE | : | |
| THOMAS GROUP, LLC, | : | |
| | : | |
| Defendant. | : | APRIL 1, 2004 |

## OBJECTION TO PLAINTIFF'S DESIGNATION OF EXHIBITS

The defendant, Lightolier, hereby Objects to certain exhibits identified for use at trial by the plaintiff in the above-captioned action.

Exhibit 4: The defendant objects to Exhibit 4, the report of Fire Marshal Vincent DiPietro dated February 1, 2000 on the basis of hearsay. Further, the report attributes causation of the fire to the subject light fixture, however, Vincent DiPietro has not been designated as an expert with respect to causation.

Dated: April 1, 2004

Respectfully submitted,

By: _____
Frederick B. Tedford (ct05335)
TEDFORD & HENRY, LLP
750 Main Street, Suite 510
Hartford, CT 06103
Phone: (860) 293-1200
Fax:   (860) 293-0685
ftedford@tedfordhenry.com
Attorneys for the Defendant

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was hand-delivered on this 1st day of April, 2004, to all counsel and *pro se* parties of record as follows:

Robert W. Cassot, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT  06103

                                                               _____
                                                               Frederick B. Tedford