**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SEACO INSURANCE COMPANY a/s/o | : | |
| CORNER HOUSE ASSOCIATES, LLP | : | CASE NO. 3:01 CV 197 (AHN) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LIGHTOLIER, a division of GENLYTE | : | |
| THOMAS GROUP, LLC | : | |
| | : | |
| Defendant | : | APRIL 1, 2004 |

## **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

The defendant, Lightolier, requests the Court to ask the following Voir Dire questions in connection with the trial of the above-referenced matter.

1. Do you, your spouse, your children or any close family or friends work in the fire service?

    a) If so, have any of you been involved in fighting a fire wherein you believed that a light fixture was the cause of the fire?

    b) If so, was the light fixture a recessed ceiling fixture?

2. Do you, your spouse, your children or any close family or friends investigate the cause or origin of fires?

    *(If any of the potential jurors are involved in the investigation of the origin or cause of fires, I request individual voir dire of those jurors to determine whether their background and experience in fire origin and cause investigation would cause them to be inappropriate as jurors in this case).*

3. Are you, your spouse, your children, any close family or friends electrical engineers, electricians, repair electrical devices or appliances, or have any special training or background with respect to electricity?

      4.      Have you, your spouse, your children or any close family or friends had a fire at your/their home or place of employment?

            a)      If so, please give a brief description of the incident.

      5.      Do you, your spouse, your children, any close family or friends work in the insurance industry?

            a)      If so, does that person work in the claims or subrogation department of an insurance company?

            b)      Does that person work in the underwriting department of an insurance company or in an insurance agency?

            c)      If any one answers "yes", have you been involved with any investigations into a claim involving fire damage?

*(If the answer to the last part of this question is in the affirmative, then I would request that the individual be questioned outside of the hearing of the other jurors to determine whether that prospective juror would be appropriate for this case).*

      6.      If any of you are teachers, please raise your hand if you are involved in teaching science.

            a)      If so, have you had the opportunity to teach a subject relating to electricity or do you feel that you have any special knowledge with respect to the field of electricity?

      7.      Have you, your spouse, your children, any close family or friends had any experiences with electrical appliances which have malfunctioned in a way to cause electrical arcs, sparks, or overheating?

      8.      Have any of you, your spouse, children or any close family and friends ever testified as an expert witness in litigation?

            a)      If so, please state the field in which you testified as an expert.

Dated: April 1, 2004                                   RESPECTFULLY SUBMITTED,

                                                       LIGHTOLIER, a division of
                                                       GENLYTE THOMAS GROUP, L.L.C.,


                                           By:         _____
                                                       Frederick B. Tedford (ct05335)
                                                       TEDFORD & HENRY, LLP
                                                       750 Main Street
                                                       Hartford, CT  06103
                                                       Phone (860) 293-1200
                                                       Fax (860) 293-0685
                                                       Attorneys for the Defendant
                                                       ftedford@tedfordhenry.com


## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was served, via U.S. Mails, proper postage affixed, on this 1st day of April, 2004, to all counsel and *pro se* parties of record addressed to the following:

Robert W. Cassot, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT  06103


                                                       _____
                                                       Frederick B. Tedford