UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant         CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant         MARCH 31, 2004

### PLAINTIFF'S AMENDED DESIGNATION OF EXHIBITS

Pursuant to the Court's pre-trial order of October 3, 2003, the plaintiff, Seaco Insurance Company, hereby identifies the exhibits it intends to offer at trial. (This Amendment is intended to correct incorrect numbering from previous exhibit list)

| Exhibit Nos. | Description |
| --- | --- |
| 1. | Subject light fixture |
| 2. | Exemplar Light Fixture Identified as Cristino Deposition Exhibit 1. |

1

3.        Exemplar Light Fixture Identified as Slowick Deposition Exhibit 1.

4.        Report of Fire Marshal Vincent DiPietro dated February 1, 2000.

5-26.     Photographs 1-22 of Fire Marshal DiPietro report, taken on 12/28/99

27-46.    Photographs 1-20 of Fire Marshal DiPietro's report, taken on February 29, 2000.

47-92.    Photographs identified as 1-46 in the report of Daniel Slowick of Fire Science technologies dated February 16, 2000.

93-129.   Photographs identified as 1-37 in the report of Ronald R. Mullen of EFI dated January 17, 2000.

130.      Hand written sketch identified as Defendant's exhibit 5 to deposition of T. Haynes, 12/18/02.

131.      Hand written notes identified as Defendant's exhibit 3 to deposition of T. Haynes, 12/19/02.

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP


By_____
James L. Brawley -CT Federal Bar # 17321
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

2

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was mailed, via U.S. mail, postage prepaid, to the following counsel of record this 31st day of March, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06106

<u>With a Courtesy Copy To</u>:

The Honorable Judge Alan H. Nevas
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

                                    _____
                                    James L. Brawley
                                    Robert W. Cassot

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459