UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

          Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

          Defendant         CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

          Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

          Defendant         APRIL 1, 2004

## PLAINTIFF'S OBJECTION TO DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST

The plaintiff, Seaco Insurance Company, hereby objects to the defendant's Supplemental Exhibit List dated April 1, 2004 on the following grounds:

    EXHIBIT CC:    The Plaintiff objects to this exhibit as hearsay Pursuant to Fed. R. Ev. 801 with no applicable exemptions under Fed. R. Ev. 803.

    EXHIBIT DD:    The Plaintiff objects to this Exhibit on the grounds that there has been no "in-house testing of recessed light fixtures" identified by the defendant.

1

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By _____
James L. Brawley -CT Federal Bar # 17321
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

2

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, via hand delivery, to the following counsel of record this 1st day of April, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06106

**With a Courtesy Copy To**:

The Honorable Judge Alan H. Nevas
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
James L. Brawley
Robert W. Cassot

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459