01cv197 Min

CT/cviysel (January 18, 2002)

HONORABLE _Nevas_

DEPUTY CLERK _Tairman/Gutierrez_ RPTR/ERO/TAPE _Baldwin_

94

TOTAL TIME: _3_ hours _45_ minutes

DATE _4-5-04_    START TIME _9:10_    END TIME _12:35_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

Seaco Ins.

vs.

Lightolier

CIVIL NO. _3:01 CV 197 (AHN)_

§ Lead Case

§ member Case

§ 3:01cv2408

§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

§

§

_James Browley_
Plaintiffs Counsel

_Frederick Tedford_
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ....... ☐ (call./h) Call of the Calendar held ☐ (call./set) Call of the Calendar over to _____

☑ ....... ☑ (jyselect./h) Jury Selection held ☐ Jury Selection continued until _____

☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # ___ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....... _____ ☐ filed ☐ docketed

☐ ....... _____ ☐ filed ☐ docketed

☐ ....... _____ ☐ filed ☐ docketed

☐ ....... _____ ☐ filed ☐ docketed

☑ ....... _64_ # jurors present

☑ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☑ ....... Voir Dire by Court

☑ ....... Peremptory challenges exercised (See attached)

☑ ....... Jury of _8_ drawn (See attached) ☑ and sworn ☐ Jury Trial commences

☑ ....... Remaining jurors excused

☐ ....... Discovery deadline set for _____

☐ ....... Disposition Motions due _____

☐ ....... Joint trial memorandum due _____

☑ ....... Trial continued until _4-5-04_ at _1:30_

☑ COPY TO: JURY CLERK

Judge: **ALAN H. NEVAS**

Event: **3:01CV197 (AHN)**

Description: **SEACO V LIGHTOLIER**

Date: **4/5/04**

Time: **8:43 AM**

*✓ 14 names Drawn*

**Random**

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|-----|----------|-----------|------|------|
| 1 | 100116765 SHELTON | 01-0093 | **SANTOS, DEBORAH A** SOCIAL SERVICES SUPERVISOR | J1 |
| 2 | 100118217 DANBURY | 01-0073 | **ALVARADO, JOSE L** SHIPPING AND RECIEVING | PD |
| 3 | 100098397 BROOKFIELD | 01-0005 | **LUIZZI, JANET A** EYE TECHNICIAN OFFICE MGR | J2 |
| 4 | 100124906 BETHEL | 01-0078 | **YATES, JEAN E** TEACHER | ? CP |
| 5 | 100114170 TRUMBULL | 01-0114 | **NEMCHEK, MARIA D** | J3 |
| 6 | 100101559 SHERMAN | 01-0010 | **PICKETT, DAVID T** AUTO BODY REPAIRMAN | PP |
| 7 | 100094820 WILTON | 01-0051 | **SCAPEROTTA, GENE R** MANAGER TELECOM | PP |
| 8 | 100116030 BRIDGEPORT | 01-0057 | **ALEXANDER, RACHEL I** NURSING ASSISTANT | ? CP |
| 9 | 100095195 STAMFORD | 01-0025 | **PAPE, RICHARD G** FACILITIES DIRECTOR | ? CP |

Legend: J=Jury    A=Alternate    NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ALAN H. NEVAS**
Event: **3:01CV197 (AHN)**
Description: **SEACO V LIGHTOLIER**

Date: **4/5/04**
Time: **8:43 AM**

**Random**

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100103457 | 01-0028 | LUDWIG, GEORGE E<br>TRUMBULL | J4 |
| 11 | 100108729 | 01-0123 | BILIK, PAULA M<br>UNDERWRITER<br>STAMFORD | CP |
| 12 | 100115604 | 01-0058 | MILHAVEN, ALAN C<br>BROOKFIELD | JS |
| 13 | 100085267 | 01-0063 | SCHRODER, ELIZABETH A<br>INVESTMENT SALES<br>WILTON | |
| 14 | 100105442 | 01-0022 | DUNLEAVEY, LUANNE<br>C NURSE AIRDE/PCT<br>TRUMBULL | CP |
| 15 | 100112331 | 01-0109 | BRYANT, SONIA D<br>VENDOR FINANCIAL SERVICES<br>STRATFORD | PD |
| 16 | 100099236 | 01-0027 | LUEDERS, ELLEN W<br>RETIRED<br>OLD GREENWICH | CP |
| 17 | 100123645 | 01-0112 | ROCQUE, BERNICE L<br>PROJECT MGMT CONSULTING<br>TRUMBULL | CP |
| 18 | 100108859 | 01-0110 | OBER, FRANK F<br>ATORNEY<br>FAIRFIELD | PP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ALAN H. NEVAS**                                                    Date: **4/5/04**
Event: **3:01CV197 (AHN)**                                                  Time: **8:43 AM**
Description: **SEACO V LIGHTOLIER**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100116996 | 01-0095 | **WILMOT, SANDRA K** WILTON — ADMININSTATIVE ASST | C |
| 20 | 100083657 | 01-0011 | **MCALLISTER, CARYN B** TRUMBULL — PHYSICAL THERAPIST | CP |
| 21 | 100113495 | 01-0050 | **PAGANO, FRANK P** SHELTON — DRIVER   71 Yrs old | C P |
| 22 | 100109477 | 01-0091 | **LESKO, JANICE L** SOUTHPORT — ADMINISTRATIVE ASST | 36 |
| 23 | 100085441 | 01-0117 | **BALL, RIKKI S** NEWTOWN — PRESIDENT | |
| 24 | 100091779 | 01-0008 | **COCHRANE, PRISCILLA S** FAIRFIELD — HOMEMAKER/FREE LANCE | |
| 25 | 100106969 | 01-0006 | **STEFANOWSKI JR, ROBERT V** WESTPORT — FINANCE | J |
| 26 | 100126267 | 01-0115 | **MASTROROCCO, ROSS M** MONROE — LANDSCAPING   ? | PD |
| 27 | 100091643 | 01-0034 | **DULANEY, HARRIET E** STAMFORD — HUMAN RESOURCES | JR |

Legend: J=Jury    A=Alternate    NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ALAN H. NEVAS**                                                      Date: **4/5/04**

Event: **3:01CV197 (AHN)**                                               Time: **8:43 AM**

Description: **SEACO V LIGHTOLIER**

**Random**

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|-----|----------|-----------|------|------|
| 28 | 100094745 | 01-0043 | **ROOF, WILLIAM J**<br>STAMFORD    RETIRED | |
| 29 | 100083345 | 01-0056 | **CAVAGNA, NANCY A**<br>NEWTOWN    VOLUNTEER MINISTER | |
| 30 | 100112499 | 01-0052 | **PEARSON, LINDA**<br>EASTON | |
| 31 | 100093859 | 01-0086 | **NICHOLAS JR, ROBERT W**<br>BRIDGEPORT    SECRETARY | |
| 32 | 100114465 | 01-0076 | **CASTELLANETE, JOHN R**<br>STRATFORD    AUTOCLAVE OPERATOR | |
| 33 | 100101588 | 01-0088 | **MILLER, JOSEPHINE S**<br>DANBURY    ATTORNEY | |
| 34 | 100112272 | 01-0108 | **KEKACS, OLGA V**<br>SHELTON    DENTAL ASSISTANT | |
| 35 | 100115380 | 01-0046 | **DILLINGER, SCOTT L**<br>GREENWICH    MANAGING PARTNER HEAD OF SALES | |
| 36 | 100085777 | 01-0007 | **TRANO-LEPISTO, MARIAN**<br>WESTPORT | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **ALAN H. NEVAS**                                                   Date: **4/5/04**
Event: **3:01CV197 (AHN)**                                            Time: **8:43 AM**
Description: **SEACO V LIGHTOLIER**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100094993 NORWALK | 01-0019 | **SCOTT, SUZANNE C** COMPUTER TECHICIAN | C |
| 38 | 100124733 FAIRFIELD | 01-0013 | **RICKARD, EDWARD M** | |
| 39 | 100115970 RIDGEFIELD | 01-0053 | **LURIE, MARK S** SYSTEMS ANALYST/PROGRAMMER | |
| 40 | 100093700 WILTON | 01-0102 | **LUX, JANICE A** NURSE RN | |
| 41 | 100110876 DANBURY | 01-0036 | **BUONO, DOROTHY J** CLERK | |
| 42 | 100104770 DANBURY | 01-0009 | **MERRITT, CHRISTINE A** REGISTERED NURSE | |
| 43 | 100100166 DANBURY | 01-0032 | **RODRIGUEZ, FELIPE A** SELF EMPLOYED | |
| 44 | 100091476 NORWALK | 01-0077 | **BERNIER, ANTHONY T** | |
| 45 | 100105539 NORWALK | 01-0085 | **BARRESE, MARY ANN** INSURANCE BILLER | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ALAN H. NEVAS**

Event: **3:01CV197 (AHN)**                                    Date: **4/5/04**

Description: **SEACO V LIGHTOLIER**                            Time: **8:43 AM**

**Random**

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 46 | 100106866 COS COB | 01-0084 | **KRAL, CYNTHIA A** PERSONNEL DIRECTOR | |
| 47 | 100091382 MONROE | 01-0096 | **CSUKA, ANNE G** TITLE INSURANCE | |
| 48 | 100100763 WESTPORT | 01-0054 | **LAU, TONY** ARCHITECT | |
| 49 | 100101830 WESTPORT | 01-0082 | **TONER, MARK A** SALES | |
| 50 | 100083196 NEW CANAAN | 01-0107 | **CORKER, CATHLEEN R** | |
| 51 | 100102111 NORWALK | 01-0055 | **DUNN, GERALD W** ELECTRICAL INSPECTOR | |
| 52 | 100115401 DERBY | 01-0014 | **ALLAIRE, BETH** PARALEGAL | |
| 53 | 100121854 WILTON | 01-0099 | **COLGAN, MATTHEW J** COMMERCIAL FINANCE | |
| 54 | 100117294 STRATFORD | 01-0074 | **MESCAVAGE, DAVID P** CROSS MERCHANDISER | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ALAN H. NEVAS**
Event: **3:01CV197 (AHN)**
Description: **SEACO V LIGHTOLIER**

Date: **4/5/04**
Time: **8:43 AM**

**Random**

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|-----|----------|-----------|------|------|
| 55 | 100147236 | 01-0040 | **KROM, MEGAN L** PARALEGAL | CC |
| | SHELTON | | | |
| 56 | 100099922 | 01-0041 | **GALANTE, MICHAEL A** TRAFFIC ENGINEER | CC |
| | FAIRFIELD | | | |
| 57 | 100107085 | 01-0039 | **ISRAEL, STEPHEN H** EXECUTIVE | |
| | REDDING | | | |
| 58 | 100086311 | 01-0064 | **LOIZ, AIDA M** EXECUTIVE ASSISTANT | |
| | SHELTON | | | |
| 59 | 100097855 | 01-0049 | **DEJESUS, BLANCA V** HOUSEKEEPER | |
| | COS COB | | | |
| 60 | 100087912 | 01-0060 | **CRAWFORD, DAVID M** | |
| | STAMFORD | | | |
| 61 | 100082763 | 01-0089 | **MYSLIWIEC, JOHN P** MACHINEST | |
| | SHELTON | | | |
| 62 | 100118283 | 01-0016 | **OZAY, SALLIE L** TRACY LOCK PARTNERSH | |
| | BRIDGEPORT | | | |
| 63 | 100092052 | 01-0065 | **LARKIN, MARY S** SECRETARY | |
| | DANBURY | | | |

Legend: J=Jury    A=Alternate    NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ALAN H. NEVAS**

Event: **3:01CV197 (AHN)**

Description: **SEACO V LIGHTOLIER**

Date: **4/5/04**

Time: **8:43 AM**

**Random**

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|-----|----------|-----------|------|-------------------|
| 64 | 100090782 RIDGEFIELD | 01-0103 | **SZEGEDY, AMANDA R** OFFICE WORKER | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 8 of 8

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(CD.10-Rev. 9/92)

FILED

2004 APR -5 P 2:47

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Seaco Inc

vs

Lightolier, Etal

CASE NO. 3.01cv197 (AHN)

**CIVIL CHALLENGES**

1. David Fickett (1)          1. Jose Alvarado (2)

2. Gene Scaperolla (7)       2. Sonia Bryant (15)

3. Frank Ober (18)           3. Ross Mastromonaco (26)

4. ～～～～～～            4. _____

_____          _____
**COUNSEL FOR PLAINTIFF(S)**       **COUNSEL FOR DEFENDANT(S)**