CT/cvtrial (October 17, 2001)

HONORABLE _Nevas_
DEPUTY CLERK _Jayman/Gutierrez_  RPTR/ERO/TAPE _Baldwin_

TOTAL TIME: _2_ hours _5_ minutes

DATE _4-5-04_    START TIME _1:40_    END TIME _3:45_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____   (if more than 1/2 hour)

_Seaco Ins_

vs.

_Lightolier_

CIVIL NO. _3:01cv197 AHN_
§ _3:01cv2408_
§
§           ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

_James Brawley_
Plaintiffs Counsel

_Frederick Tedsford_
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☑ ........ Jury of _8_ report (see attached) ☑ Jury sworn
☑ ........ ☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _4-6-04_ at _11:00_
☐ ........ ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

_Juror excuse at 3:00_

☐ ....#__ Motion _____ ☐ granted ☑ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☑ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☑ denied ☐ advisement
☐ ....#__ Motion _____ ☐ granted ☑ denied ☐ advisement
☐ oralm... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed

☐ ........ ☐ Plaintiff(s) rests  ☐ Defense rests
☐ ........ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ........ ☐ Summation held  ☐ Court's Charge to the Jury
☐ ........ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ........ Jury commences deliberations at _____
☐ ........ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ........ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)