CT/cvtrial (October 17, 2001)

HONORABLE _Nevas_
DEPUTY CLERK _Jaiman_    RPTR/ERO/TAPE _Baldwin_

TOTAL TIME: _3_ hours ___ minutes

DATE _4/6/04_    START TIME _11:30_    END TIME _3:35_
LUNCH RECESS FROM _1:00_ TO _2:05_
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Seaco_

CIVIL NO. _3:01CV197 (AHN)_

§
§                    _James Brawley_
§                    _Robert Cassot_
vs.                  §                    Plaintiffs Counsel
§                    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                    _Fredrick Tedford_
_Lightolier_          §                    Defendants Counsel

**CIVIL JURY/COURT TRIAL**

☑ Jury of _8_ report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _4/7/04_ at _10:00_
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____

ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

.....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
.....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
.....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
.....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)