CT/cvtrial (October 17, 2001)

HONORABLE _Nevas_
DEPUTY CLERK _Taiman_   RPTR/ERO/TAPE _Bald_

TOTAL TIME: ___ hours ___ minutes

DATE _4/7/04_   START TIME _10:00_   END TIME _11:45_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Seaco Ins_      CIVIL NO. _3:01CV197_      James Brawley
                                            Robert Cassot
                 §                          ———————————————
                 §                          Plaintiffs Counsel
vs.              §   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                 §   _Frederick Tedford_
_Lightolier_     §   ———————————————
                                            Defendants Counsel

### CIVIL JURY/COURT TRIAL

☐ Jury of ____ report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until _4/8/04_ at _9:30_
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____

ctrlconc.  Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
...#...  Motion _____ ☐ granted ☐ denied ☐ advisement
...#...  Motion _____ ☐ granted ☐ denied ☐ advisement
...#...  Motion _____ ☐ granted ☐ denied ☐ advisement
...#...  Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..  Oral motion _____ ☐ granted ☐ denied ☐ advisement
oralm..  Oral motion _____ ☐ granted ☐ denied ☐ advisement
         _____ ☐ filed ☐ docketed
         _____ ☐ filed ☐ docketed
         _____ ☐ filed ☐ docketed
         _____ ☐ filed ☐ docketed
         _____ ☐ filed ☐ docketed
         _____ ☐ filed ☐ docketed
         _____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)