**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

United States District Court
District of Connecticut
FILED AT HARTFORD
4/6/04
Kevin F. Rowe, Clerk
By [illegible] Deputy Clerk

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

Plaintiff

v.

LIGHTOLIER, a division of GENLYTE THOMAS GROUP, L.L.C.

Defendant

CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o CORNER HOUSE ASSOCIATES, LLP

Plaintiff

v.

LIGHTOLIER, a division of GENLYTE THOMAS GROUP, L.L.C.

Defendant

APRIL 2, 2004

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANT FROM INTRODUCING TESTIMONY REGARDING THE ABSENCE OF OTHER PRIOR ACCIDENTS**

The Plaintiff respectfully moves to preclude the Defendant from introducing any evidence regarding the absence of prior accidents involving the alleged defective product in this case.

## I. FACTUAL BACKGROUND

As set forth in the Defendant's Memorandum, this case arises out of a fire, which occurred on December 28, 1999, at 4 Main Street in Farmington, Connecticut. The Plaintiff insured the owner of the property located at 4 Main Street. Following the fire, the Plaintiff

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

compensated its insured for its losses sustained in the fire, and brought this subrogation action against the Defendant by filing a Complaint on December 21, 2001 alleging, principally, that the product, a light fixture, manufactured and distributed by the Defendant was defective thereby causing the fire and damages in this case.

The Plaintiff anticipates that the Defendant will offer testimony of a Lightolier employee who will testify that Lightolier has manufactured many of the subject fixtures, with few or no reports of defects. The Plaintiff moves *in limine* to preclude this evidence on the grounds that the Defendant can offer no evidence to establish that other fixtures installed in locations other than 4 Main Street were so similarly situated as to permit the inference that the fixture is safe

## II. ARGUMENT

The rule in Federal Courts regarding evidence of the absence of prior accidents is that it may be admissible to show: (1) absence of the defect or other condition alleged; (2) the lack of a causal relationship between the injury and the defect or condition charged; and (3) the nonexistence of an unduly dangerous situation. Espeaignnette v. Gene Tierney Co., 43 F.3d 1, 9 (1st Cir. 1994). However, given the often prejudicial nature of this evidence it is not generally admissible unless the offering party first establishes that: (1) the lack of accidents was in regard to products that are substantially identical to the one at issue and (2) the product was used in settings and circumstances sufficiently similar to those surrounding the machine at the time of the accident. Id. at 10.

Therefore, evidence that other similar fixtures did not cause fires must be excluded unless the Defendant is able to show that all similar fixtures that did not malfunction were installed in a

manner similar to the fixture at issue in this matter. The Defendant, however, has not identified any witnesses that can offer any testimony as to the installation of fixtures not installed in the subject premises.

Wherefore, the Plaintiff respectfully moves to preclude the Defendant from offering any evidence at trial regarding the absence of prior accidents involving the light fixture.

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By________________________

James L. Brawley -CT Federal Bar # 17321
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, via hand delivery, to the following counsel of record this 2nd 5th day of April, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06106

James L. Brawley
Robert W. Cassot

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459