CT/cvmhrg (October 17, 2001)

HONORABLE _Nevas_

DEPUTY CLERK _Laiman_    RPTR/ERO/TAPE _Baldwin_

TOTAL TIME: 2 hours 20 minutes

DATE _4/6/04_    START TIME _9:15_    END TIME _11:30_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Seaco_    CIVIL NO. _3:01 CV 197 (AHN)_

§    _James Brawley_
§    _Robert Cnort_
§    Plaintiffs Counsel

vs.    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Lightolier_    §    _Frederick Ledford_
§    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing    ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing    ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☑ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | # 80 | Motion _in limine_ | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #95 | Motion _in limine_ | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #97 103 | Motion _in limine_ | ☐ granted | ☑ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

| | | filed | docketed |
|---|---|---|---|
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |

☐ _____ Hearing continued until ___ - ___ at _____