TOTAL TIME: 5 hours 15 minutes    HONORABLE _Nevas_
DEPUTY CLERK _Laiman / Gutierrez_    RPTR/ERO/TAPE _Baldwin_

DATE _4/13/04_    START TIME _9:15_    END TIME _3:20_
LUNCH RECESS FROM _1:05_ TO _1:50_
RECESS FROM ____ TO ____ (if more than 1/2 hour)

_Seaco_

CIVIL NO. _3:01CV197 (AHN)_    _James Brawley_
_Robert Cassot_
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Lightolier, et al._    _Frederick Lexford_
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of _8_ report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until _4/14/04_ at _9:00_
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ____ at ____
Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _for Direct Verdict_ _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _for Matter of Law_ _____ ☑ granted ☑ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☑ Defense rests
Briefs due: ☐ Pltf ____ Deft ____ Reply ____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)