HONORABLE Nevas  CT/cvtrial (October 17, 2001)
DEPUTY CLERK Gutierrez   RPTR/ERO/TAPE Baldwin
TOTAL TIME: 3 hours 20 minutes

DATE 4-14-04   START TIME 9:10   END TIME 2:15
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)
In 1:15 out 1:25
In 2:05

Seaco Insurance   CIVIL NO. 3:01CV197
                                    §
                                    §                          Brawley
                                    §                    Plaintiffs Counsel
         vs.                        §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                    §                          Tedsford
Lightolier                          §                    Defendants Counsel

**CIVIL JURY/COURT TRIAL**

☐ ........    Jury of ___ report (see attached) ☐ Jury sworn
☑ ........    ☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ ........    ☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc.   Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict
☐ ....#..     Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#..     Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#..     Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#..     Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralmDf.    Oral Motion for Judgment As matter of law  ☐ granted ☑ denied ☐ advisement
☐ oralm....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm....   Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm....   Oral motion _____ ☐ granted ☐ denied ☐ advisement
                                                     ☐ filed ☐ docketed
                                                     ☐ filed ☐ docketed
                                                     ☐ filed ☐ docketed
                                                     ☐ filed ☐ docketed
                                                     ☐ filed ☐ docketed
                                                     ☐ filed ☐ docketed
                                                     ☐ filed ☐ docketed

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ Summation held  ☑ Court's Charge to the Jury
All full exhibits, ☑ Verdict Form handed to the jury  ☑ Interrogatories to the Jury handed to the jury
Jury commences deliberations at 12:00  ← Lunch
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☑ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## VERDICT

☐ ......... Court declares MISTRIAL

☒ jyv ......... Verdict Form filed

☒ ......... VERDICT: _As to Defendant_ _____

_____

_____

_____

_____

_____

☒ ......... Court accepts verdict and orders verdict verified and recorded

☒ ......... Jury polled

## MISCELLANEOUS PROCEEDINGS