UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 APR 14 P 3: 12

| | | |
|---|---|---|
| SEACO INSURANCE CO, | : | U.S. DISTRICT COURT |
| subrogor for CORNER HOUSE | : | BRIDGEPORT, CONN |
| ASSOCIATES, LLP, | : | |
|     Plaintiff, | : | |
| v. | : | Civ. No. 3:01CV197 (AHN) |
| | : | |
| LIGHTOLIER, a division of | : | |
| GENLYTE THOMAS GROUP, LLC, | : | |
|     Defendant. | : | |

## VERDICT FORM

**A.   As To The Plaintiff's Claim For Products Liability**

1.   Do you find that the Lightolier light fixture was defective as designed by the defendant?

YES_____        NO_**X**_.

**If your answer to Question 1 is "yes," proceed to Question 2.  If your answer to Question 1 is "no," your deliberations are over. Please sign and date this form.**

2.   Do you find that the light fixture defect claimed by the plaintiff existed at the time the light fixture left the control of the defendant?

YES_____        NO_____.

**If your answer to Question 2 is "yes," proceed to Question 3. If your answer to Question 2 is "no," your deliberations are over. Please sign and date this form.**

3.  Do you find that there was no substantial change in the condition of the light fixture from the time it left the defendant's control until the time of the fire?

    YES_____          NO_____

**If your answer to Question 3 is "yes," proceed to Question 4. If your answer to Question 3 is "no," your deliberations are over. Please sign and date this form.**

4.  Do you find that the defect claimed by the plaintiff was the proximate cause of the fire?

    YES_____          NO_____

**If your answer to Question 4 is "yes," proceed to Question 5. If your answer to Question 4 is "no," your deliberations are over. Please sign and date this form.**

B.  <u>As To The Affirmative Defenses</u>

5.  Do you find that the light fixture was misused in any manner by the defendant?

    YES_____          NO_____

**If your answer to Question 5 is "yes," please proceed to Question 6. If your answer to Question 5 is "no," proceed to Question 7.**

6.  Do you find that the misuse of the light fixture was the proximate cause of the fire?

    YES_____          NO_____

**Proceed to Question 7.**

7.   Do you find that the plaintiff's insured, Corner House
     Associates, or its agents, servants, or employees, were
     negligent in their installation, maintenance, or
     operation of the light fixture?

         YES_____          NO_____

**If your answer to Question 7 is "yes," please proceed to Question
8.   If your answer to Question 7 is "no," proceed to Section C.**

8.   Do you find that the negligence of plaintiff's insured,
     Corner House Associates, or its agents, servants, or
     employees, was the proximate cause of the fire?

         YES_____          NO_____

**Please proceed to Section C.**

**C.   As To The Apportionment of Responsibility**

**If your answers to Questions 5 and 6 were "yes," or your answers
to Questions 7 and 8 were "yes," or both, you must consider the
issue of apportionment.   Please answer Question 9.**

9.   Please indicate the percentage of responsibility for
     the fire that you find by a preponderance of the
     evidence is allocable to the plaintiff, and the
     percentage of responsibility that you find by a
     preponderance of the evidence is allocable to the
     defendant.   The total percentage of responsibility
     allocated must equal 100%.

         Plaintiff____% Defendant____%


**Your deliberations are over.   The foreperson should sign and date
this form.**

_____          _4/14/04_____
Foreperson                         Date
GEORGE LUDWIG