CT/cvtrial (October 17, 2001)

HONORABLE _Nevas_
DEPUTY CLERK _Tairman/Cutri_    RETR/ERO/TAPE _Baldwin_
TOTAL TIME: 4 hours 35 minutes

DATE 4/8/04    START TIME 10:00    END TIME 3:40
LUNCH RECESS FROM 1:00 TO 2:05
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Seaco Ins_    CIVIL NO. 3:01CV197 (AHN)

_James Brawley_
_Robert Cassot_
Plaintiffs Counsel

vs.    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Lightolier_    _Frederick Tedford_
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ ☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until 4-12-04 at 9:30
☐ ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ...# Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm. _Plt_ Oral Motion _Renewed motion to Preclude_ ☐ granted ☑ denied ☐ advisement
☑ oralm. _Def_ Oral Motion _for Direct Verdict as matter of law_ ☐ granted ☑ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
                                               ☐ filed ☐ docketed
                                               ☐ filed ☐ docketed
                                               ☐ filed ☐ docketed
                                               ☐ filed ☐ docketed
                                               ☐ filed ☐ docketed
                                               ☐ filed ☐ docketed
                                               ☐ filed ☐ docketed

☑ ☑ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

**Jury List**

Judge: **ALAN H. NEVAS**
Event: **3:01CV197 (AHN)**

4/8/04

Date: 4/5/04
Time: 4:43 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| | 100109477 | LESKO,JANICE L | Juror | *(signature)* |
| | 100103457 | LUDWIG,GEORGE E | Juror | *(signature)* |
| | 100098397 | LUIZZI,JANET A | Juror | *(signature)* |
| | 100115604 | MILHAVEN,ALAN C | Juror | *(signature)* |
| | 100114170 | NEMCHEK,MARIA D | Juror | *(signature)* |
| | 100116765 | SANTOS,DEBORAH A | Juror | *(signature)* |
| | 100106969 | STEFANOWSKI JR,ROBERT V | Juror | *(signature)* |
| | 100091643 | DULANEY,HARRIET E | Juror | *(signature)* |