AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

Seaco Ins
v.
Lightolier

Plaintiffs - EXHIBIT AND ~~WITNESS~~ LIST

CASE NUMBER: 3:01CV197(AHN)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nevas | James Brawley | Frederick Tedford |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-5-04, 6,7,8, | Sandra Baldwin | Jaiman / Gutierrez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| ✓ | | 4-5-04 | | ✓ | P5 - Photo "Property" | H |
| | | " | | ✓ | P6 - Photo "Property" | H |
| | | " | ✓ | | P5 - Enlarge Photo - Same as exh P5 | |
| | | " | ✓ | | P6 - Enlarge Photo - Same as exh P6 | H |
| out → ✓ | ✓ | 4-6-04 | ✓ | ✓ | 6A Photo Copy pages from a Book titled ignition handbook | H |
| ✓ | | 4-6-04 | ✗ | ✓ | 1A photo - from the Groton Fire | H |
| ✓ | | " | | ✓ | 3 - photo of fixture | Missing |
| ✓ | | " | | ✓ | P24 - photo of Recess light fixture | H |
| ✓ | | " | | ✓ | 4 - installation - small piece | H |
| ✓ | | " | ✓ | ✗ | need 3A Resume of Thomas Haynes | no |
| ✓ | | " | | ✓ | 4A Report of Fire Marshal Vincent DiPietro | Here |
| ✓ | | " | | ✓ | p49 photo of scorch mark | H |
| These were offered by pla - But not exhibits ✓ | | " | | ✓ | B20 Oversized exhibits (one exhibit) defendants | H |
| ✓ | | " | | ✓ | B22 oversized exhibits defendants | H |
| off by pl - off exhibits ✓ | ✓ | " | | ✓ | 103 photo of the Drywalls office | Here |
| ✓ | | " | | ✓ | D Box of Light fixtures, etc... | Def is |
| ✓ | | " | | ✓ | P11 photo ceiling Joyce | H |
| ✓ | | " | | ✓ | P21 photo of ceiling Joyce w/ light fixture | H |
| ✓ | | " | | ✓ | P74 photo of light fixture | H |
| ✓ | | " | | ✓ | P107 photo of charring in ceiling in Joyce channeling | H |
| ✓ | | " | | ✓ | P97 Photo outside of Property near window | H |
| ✓ | | " | | ✓ | P83 Photo inside - Roof Line | H |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

AO 187A (REV. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

Seaco Ins   vs.   Lightolier    CASE NO. 3:01CV197 AHN

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| ✓ | | 4-6-04 | | ✓ | P16 Photo Attic/Roof | H |
| ✓ | | " | | ✓ | P17 Photo Attic/Roof | H |
| | | " | | ✓ | P45 Photo Pipes | H |
| | | 4/8/04 | ✓ | | P68 Photo of Joyce space w/ charing | JD |
| ✓ | | " | | ✓ | Same as def exh #6 P131 hand written notes of Thomas Haynes – 2 pages | MISSING |
| ✓ | | " | ✓ | | 4A assignment Report of Thomas Hayes | ID |
| ✓ | | " | ✓ | | 5A over sized chart shown to Jury from ignition Book | ID |
| ✓ | | " | | ✓ | P143 photos of water pipes color plate | H |
| ✓ | | " | | ✓ | P144 photo of water pipes color plate | H |
| ✓ | | " | | ✓ | 2A 6 photos of burning in the attic area | H |
| ✓ | | 4-13-04 | ✓ | | 133 Articles - release Ligth fixture | # D |
| ✓ | | | ✓ | | P69 Photo | |
| ✓ | | | | ✓ | P14 Photo | |

Page ____ of ____ Pages