UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ATLANTIC MUTUAL INSURANCE CO.
a/s/o A.G. EDWARDS & SONS, INC.,

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant         CASE NO. 3:01 CV 197 (AHN)

and

SEACO INSURANCE COMPANY a/s/o
CORNER HOUSE ASSOCIATES, LLP

                Plaintiff

v.

LIGHTOLIER, a division of GENLYTE
THOMAS GROUP, L.L.C.

                Defendant         MARCH 18, 2004

## PLAINTIFF'S WITNESS LIST PURSUANT TO PRE-TRIAL ORDER

Pursuant to ¶ 2 of the Court's pre-trial order of October 3, 2003, the plaintiff hereby identifies the following witnesses it intends to call at the trial of the above-captioned action.

1. Maryann Drysgula was an employee of A.G. Edwards which was located at 4 Main Street, Farmington, Connecticut (hereinafter, "subject premises"). Ms. Drysgula worked in the subject premises on the date of the fire, December 28, 1999, and for several years prior thereto. Ms. Drysgula will testify concerning her observations of the light fixture both prior to

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

Case 3:01-cv-00197-AHN     Document 111     Filed 04/13/2004     Page 2 of 5

and on the date of the fire. Ms. Drysgula will also testify concerning the observations she made inside the and outside the building on the date of the fire.

4/6/04 →

2. Vincent DiPietro, *Farmington, CT* Fire Marshal with the Town of Farmington, Connecticut, who will testify concerning his investigation of the fire scene as well as his opinions as to the origin of the fire. Fire Marsh DiPietro will testify that the fire originated at the light fixture that plaintiff claims is defective.

4/6/04 &
4/8/04

3. Thomas Haynes, *Rhode Island Expert Witness* Certified Fire & Explosion Expert, Greene, RI. Mr. Haynes is the plaintiff's expert witness as to the cause of the fire. Mr. Haynes will testify concerning his own investigation, the experiments he conducted, and the results thereof. Mr. Haynes will testify the light fixture at issue is defective and caused the subject fire.

4. Christopher DeBruin of Seaco Insurance Company, Framingham, MA. Mr. DeBruin will testify concerning the amount of damage that the subject premises sustained in the fire and the payments made by Seaco Insurance Company to repair the damage.

5. Sean Carmody of Seaco Insurance Company, Framingham, MA. Mr. DeBruin will testify concerning the amount of damage that the subject premises sustained in the fire and the payments made by Seaco Insurance Company to repair the damage.

4-5-04

6. Michael Brigante of *Avon* Farmington, Connecticut, was the owner of the subject premises on the date of the fire. Mr. Brigante will testify concerning the damage that the subject premises and its contents sustained as a result of the fire and the cost to repair the damage, replace the contents, and restore the building and its condition prior to the fire. Mr. Brigante may also testify concerning the layout of the building at the time of the fire.

2

7. Doug Margison of Farmington, Connecticut is the contractor who performed the repairs on the subject premises after the fire. Mr. Margison will testify concerning the damage caused by the fire, the repairs his company made and the cost of the repairs.

8. Jamie DiPace, Avon Fire Marshal, will testify concerning his observations of the subject fire and the damage to the premises caused by the fire.

THE PLAINTIFF
SEACO INSURANCE COMPANY
a/s/o CORNER HOUSE ASSOCIATES, LLP

By _____
James L. Brawley -CT Federal Bar # 17321
Robert W. Cassot-CT Federal Bar #24094
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

3

Case 3:01-cv-00197-AHN   Document 111   Filed 04/13/2004   Page 4 of 5

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed, via facsimile and U.S. mail, postage prepaid, to the following counsel of record this 18th day of March, 2004:

Frederick B. Tedford, Esquire
Tedford & Henry, LLP
750 Main Street, Suite 510
Hartford, CT 06106

James L. Brawley
Robert W. Cassot

4

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459