

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SEACO INSURANCE COMPANY a/s/o CORNER HOUSE ASSOCIATES, LLP | : | CASE NO. 3:01 CV 197 (AHN) |
| Plaintiff | : | |
| v. | : | |
| LIGHTOLIER, a division of GENLYTE THOMAS GROUP, LLC | : | |
| Defendant | : | MARCH 29, 2004 |

**DEFENDANT'S EXHIBIT LIST**

EXHIBIT A Curriculum Vitae of John Machnicki

4/13/04 EXHIBIT B full - Power Point presentation with hard copy for Judge Nevas, Counsel and Jurors. - H

EXHIBIT C Photographs:

| | | | |
|---|---|---|---|
| | C-1 | FFM 2 | |
| | C-2 | FFM 1 | |
| full 4-5-04 | C-3 | Mullen 1-10 | — Photo (swap out on decree) (H) (witness Mary Ann Druszola) |
| | C-4 | Mullen 1-4 | |
| | C-5 | Cristino 1-24 | |
| 4/7/04 | C-6 | Mullen 1-11 | - full |
| 4/7/04 | C-7 | Cristino 1-22 | - full H |
| 4/7/04 | C-8 | Cristino 1-19 | - full H |
| 4/7/04 | C-9 | FFM 17 | - ~~full~~ ID. Full 4-13-04 |
| 4/7/04 | C-10 | SFM 24 | - full H |
| | C-11 | Cristino 1-11 | |
| | C-12 | FFM 10 | |
| | C-13 | Mullen, Deposition Exhibit #18 | |
| | C-14 | Mullen 1-16 | |
| | C-15 | FFM 12 | |
| full 4-6-04 | C-16 | FFM 13 | Enlarge photo H |

C-17 Cristino 3-17
C-18 Machnicki file photo – Electrical Activity
C-19 Cristino 3-14
C-20 Machnicki 1
C-21 Machnicki 2
C-22 Machnicki 3
C-23 Machnicki 4
C-24 SFM – 23
C-25 Cristino 1-18 – Full 4-13-04
C-26 SFM 11
4/6/04 – C-27 FFM 20 – full (H)
C-28 Mullen 1-33
C-29 Cristino 2-14
C-30 Mullen Deposition, Exhibit 11
C-31 FFM 9 (third set)
4/7/04 C-32 FFM 21 – Full H
4/7/04 C-33 SFM 9 – Full H
C-34 Mullen 1-23
C-35 SFM 14
C-36 SFM 15
C-37 SFM 20
C-38 SFM 21
C-39 SFM 19 – Full H
4/7/04 – C-40 FFM 5 H
C-41 Mullen photo
C-42 Mullen photo
C-43 Mullen photo
C-44 Cristino 2-19
C-45 Cristino 2-20
C-46 Cristino 2-21
C-47 Cristino 2-22
C-48 MacDonald 3-21
C-49 Slowick 36
Full 4-6-04 C-50 FFM 11 – photo H
Full 4-5-04 C-51 Slowick 42 (photo) H
C-52 Slowick 43
4/7/04 C-53 FFM 9 Full H
Full 4-6-04 C-54 FFM 12 – photo large H

Full 4/7/04 C-55 photo H
Full 4/7/04 C-56 photo H

4-13-04 Exhibit B Full Fire Investigation A Two Step Process

| | | | |
|---|---|---|---|
| 4/6/04 - | EXHIBIT D Full | Subject light fixture | |
| 4/6/04 - | EXHIBIT E Full | Exemplar marked as Cristino Deposition Exhibit 1 and 1-A (includes light bulbs) | |
| | EXHIBIT F | Exemplar marked as Slowick Deposition Exhibit 1 | |
| 4/8/04 | EXHIBIT G ID/Full | Haynes Deposition Exhibit 3 | |
| | EXHIBIT H | Haynes Deposition Exhibit 5 | |
| | EXHIBIT I | Affidavit of Vincent DiPietro | |
| | EXHIBIT J | Curriculum Vitae of James MacDonald | |
| 4/6/04 - | EXHIBIT K ID/Full 4-8-04 | UL 1598 Chapters 11, 12 and 16 | Out |
| | EXHIBIT L | Curriculum Vitae of Michael O'Boyle | |
| 4-13-04 | EXHIBIT M Full | O'Boyle Deposition Exhibit 1 – Test Record | |
| 4-13-04 | EXHIBIT N Full | O'Boyle Deposition Exhibit 2 – Test Record | |
| | EXHIBIT O | Installation procedures for Lightolier Frame-In-Kit | |
| | EXHIBIT P | Meta Kantar's notes regarding complaints relating to subject fixture. (Kantar Deposition Exhibit 2) | |
| 4-8-04 | EXHIBIT Q Full | National Electric Code Handbook Article 410 Sections 410-64 through 410-72 H | Out |
| 4-7-04 | EXHIBIT R Full | Farmington Department of Public Safety 911 tape Recording of calls relating to subject fire | |
| | EXHIBIT S | Northeast Electrical Testing, Inc. Infrared Survey for Cristino Associates, Inc. March 23, 2002 (Cristino Deposition Exhibit 15, 4/4/02) | |
| | EXHIBIT T | MacDonald drawing of 4 Main Street | |
| 4-6-04 | EXHIBIT U Full | MacDonald drawing of 4 Main Street | Chart "Large" H |

| | |
|---|---|
| EXHIBIT V | MacDonald timeline |
| EXHIBIT W | MacDonald Deposition Exhibit 3C diagram of 4 Main Street |
| EXHIBIT X | NFPA 907 M Determination of Electrical Fire Causes 1988 Edition |
| EXHIBIT Y | NFPA 921 Fire and Explosion Investigations 1992 Edition |
| EXHIBIT Z | NFPA 921 Fire and Explosion Investigations 1995 Edition |
| EXHIBIT AA | NFPA 921 Fire and Explosion Investigations 1998 Edition |
| EXHIBIT BB | NFPA 921 Fire and Explosion Investigations 2001 Edition |

Dated: March 29, 2004

RESPECTFULLY SUBMITTED,

LIGHTOLIER, a division of
GENLYTE THOMAS GROUP, L.L.C.,

By: [signature]

Frederick B. Tedford (ct05335)
TEDFORD & HENRY, LLP
750 Main Street
Hartford, CT 06103
Phone (860) 293-1200
Fax (860) 293-0685
Attorneys for the Defendant
ftedford@tedfordhenry.com

4/6/04 ED - EE ignition Book. - (witness Thomas Magnus) ID
4/6/04 B20 oversized exhibits - power point slides fire marshal DiPietro) (H)
Farmington FM10 fire Marshal [illegible] (H)
4/6/04 B22 - oversized exhibit
4/8/04 GG - 2 pcs of [illegible] in a ziplock plastic Bag (Magnus) (ID)
4/8/04 FF [illegible] - fire marshall Report (H)
4-13-04 DD - Full Bag of installation
4-13-04 F - full Ligth fixture

**CERTIFICATION**

I hereby certify that a copy of the foregoing was served, via U.S. Mails, proper postage affixed, on this 29th day of March, 2004, to all counsel and *pro se* parties of record addressed to the following:

Justin J. Donnelly, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096

Robert W. Cassot, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

Frederick B. Tedford