United States District Court
District of Connecticut
FILED AT BRIDGEPORT

4/13/04

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEACO INSURANCE COMPANY a/s/o CORNER HOUSE ASSOCIATES, LLP : | CASE NO. 3:01 CV 197 (AHN) |
| Plaintiff : | |
| v. : | |
| LIGHTOLIER, a division of GENLYTE THOMAS GROUP, LLC : | |
| Defendant : | MARCH 29, 2004 |

### DEFENDANT'S WITNESS LIST PURSUANT TO PRETRIAL ORDER

Pursuant to the Court's Pretrial Order of October 3, 2003, the defendant hereby identifies the following witnesses it intends to call at trial of the above-captioned action.

4/13/04

1. **John Machnicki**, a certified fire and explosion expert and the Director of the Travelers' Loss Control & Prevention Laboratory. Mr. Machnicki will testify concerning the cause and origin of this fire. He will also explain basic fire science principles which are instrumental in the investigation of a fire with respect to cause and origin. Mr. Machnicki will use a Power Point presentation to assist him in his testimony. (Exhibit B).

2. **James Macdonald** is a graduate from the Illinois Institute of Technology, Fire Protection Engineering Program and is a registered professional engineer. Mr. Macdonald has been a committee member of NFPA-921, Guide for Fire and Explosion Investigations since it was first published by the National Fire Protection Association in 1992. Mr. Macdonald is expected to testify about the origin and cause of the subject fire and will render opinions explaining the physical observations made by the witness, Mary Ann Drysgula and the first observations made by the fire marshal upon his arrival at the fire scene, as well as with regard to fire spread and development issues.

4-13-04                    Mass.

3.  **Michael O'Boyle** is the Manager of Codes Standards and Laboratories at the Lightolier Corporation and formerly employed at Underwriters Laboratories as an Engineering Assistant responsible for the evaluation of recessed light fixtures for compliance with UL Standards. Mr. O'Boyle will testify about his responsibility at Lightolier for testing recessed light fixtures for compliance with National Electric Code Standards. Further, Mr. O'Boyle may testify about the characteristics of the subject light, the codes and standards which are applicable to the subject light. Mr. O'Boyle will also testify about the testing conducted at Lightolier with respect to the subject light, the nature of the warnings and instructions which appear on each light and the testing which is performed on the paper labels on which the various warnings and instructions are printed and which are attached directly to the light fixture.

4.  **Meta Kantar** is the Vice President of Total Customer Support at Lightolier and he is expected to testify with regard to the history of customer service complaints with respect to the subject light fixture. He is expected to testify that this lighting fixture has been manufactured for over twenty years and that there has never been a customer support complaint with respect to the light causing a fire although over six million units have been manufactured during that time span. Mr. Kantar will further testify with regard to other customer service data that may become relevant depending upon the nature of the plaintiff's evidence.

5.  **Steve Bycholski**, former maintenance at A.G. Edwards may be called to testify with regard to the configuration of the building as well as the electrical and mechanical components located in the lower attic over the "cage" area as well as his maintenance activities with respect to the lighting in the "cage" area.

6.  **Rick Tardiff**, Public Safety Communications Supervisor, Farmington Police Department. Mr. Tardiff will authenticate the 911 tape concerning the subject fire. (Exhibit R).

Dated: March 29, 2004

RESPECTFULLY SUBMITTED,

LIGHTOLIER, a division of
GENLYTE THOMAS GROUP, L.L.C.,

By: _____
Frederick B. Tedford (ct05335)
TEDFORD & HENRY, LLP
750 Main Street
Hartford, CT 06103
Phone (860) 293-1200
Fax (860) 293-0685
Attorneys for the Defendant
ftedford@tedfordhenry.com

### CERTIFICATION

I hereby certify that a copy of the foregoing was served, via U.S. Mails, proper postage affixed, on this 29th day of March, 2004, to all counsel and *pro se* parties of record addressed to the following:

Robert W. Cassot, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

_____
Frederick B. Tedford