

FILED

2004 APR 14 P 3: 12

U.S. DISTRICT COURT
BRIDGEPORT CT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States D.
District of Co
FILED AT     L.

4/13/04
Kevin F. Row

Dep...

SEACO INSURANCE COMPANY a/s/o   :
CORNER HOUSE ASSOCIATES, LLP    :       CASE NO. 3:01 CV 197 (AHN)
                :
      Plaintiff         :
                :
v.                   :
                :
LIGHTOLIER, a division of GENLYTE  :
THOMAS GROUP, LLC       :
                :
      Defendant      :       MARCH 29, 2004

## DEFENDANT'S EXHIBIT LIST

EXHIBIT A        Curriculum Vitae of John Machnicki

4/13/04   EXHIBIT B  full-   Power Point presentation with hard copy for Judge  – H
                     Nevas, Counsel and Jurors.

EXHIBIT C        Photographs:

|  | | |
|---|---|---|
| | C-1 | FFM 2 |
| | C-2 | FFM 1 |
| Full 4-5-04 | C-3 | Mullen 1-10 – Photo (swap out on record) (H) (Witness Mary Ann Drusgula) |
| | C-4 | Mullen 1-4 |
| | C-5 | Cristino 1-24 |
| 4/7/04 | C-6 | Mullen 1-11 – full |
| 4/7/04 | C-7 | Cristino 1-22 – full H |
| 4/7/04 | C-8 | Cristino 1-19 – full H |
| 4/7/04 | C-9 | FFM 17 - full in. Full 4-13-04 |
| 4/7/04 | C-10 | SFM 24 - full H |
| | C-11 | Cristino 1-11 |
| | C-12 | FFM 10 |
| | C-13 | Mullen, Deposition Exhibit #18 |
| | C-14 | Mullen 1-16 |
| | C-15 | FFM 12 |
| Full 4-6-04 | C-16 | FFM 13 Enlarge photo H |

C-17    Cristino 3-17
C-18    Machnicki file photo – Electrical Activity
C-19    Cristino 3-14
C-20    Machnicki 1
C-21    Machnicki 2
C-22    Machnicki 3
C-23    Machnicki 4
C-24    SFM – 23
4/7/04    C-25    Cristino 1-18  - *Dp/Full 4 - 13 - 0 4*
C-26    SFM 11
4/6/04 -    C-27    FFM 20 -  *Full (H) (Thomas Haynes)*
4/7/04 -    C-28    Mullen 1-33  - *Full C*
C-29    Cristino 2-14
4/7/04    C-30    Mullen Deposition, Exhibit 11  *Dp*
C-31    FFM 9 (third set)
4/7/04    C-32    FFM 21 - *Full (Fire Marshal) H*
4/7/04    C-33    SFM 9 -  *Full  ( Fire Marshal) H*
C-34    Mullen 1-23
C-35    SFM 14
C-36    SFM 15
C-37    SFM 20
4/7/04-    C-38    SFM 21 - *Full  ( Fire marshal  H*
4/7/04-    C-39    SFM 19   *Full  (Fire marshal H*
4/7/04 -    C-40    FFM 5 - *Full ( Fire Marshal ) H*
C-41    Mullen photo
C-42    Mullen photo
C-43    Mullen photo
C-44    Cristino 2-19
C-45    Cristino 2-20
C-46    Cristino 2-21
C-47    Cristino 2-22
C-48    MacDonald 3-21
C-49    Slowick 36
*Full  4-6-04*    C-50    FFM 11 - *photo 'small pic '- (swept out on record) H*
*Full  4-5-04*    C-51    Slowick 42 *(photo Donovan) with  Michael Bigadd C. H*
*4/7/04*    C-52    Slowick 43 *Fire Marshal*
*4/7/04*    C-53    FFM 9 *Full  Dupe  (undersign fire marshal) H*
*Full 4-6-04*    C-54    FFM 12 - *small photo H*
     *large*

*Full  4/7/04*    C-55 - *photo taken by the state fire Marshal (Fire Marshal) H*
     *( Fire Marshal*
*Full  4/7/04*    C-56    *photo  H*

4-13-04 Exhibit B Full    Fire Investigation
A Two Step Process

| | | | |
|---|---|---|---|
| 4/6/04 - | EXHIBIT D *Full* | Subject light fixture *etc* | *(Witness, Vincent DiPietro (H))* |
| 4/6/04 - | EXHIBIT E *Full* | Exemplar marked as Cristino Deposition Exhibit 1 and 1-A | *(Thomas ...) (H)* |
| | EXHIBIT F | Exemplar marked as Slowick Deposition Exhibit 1 | |
| 4/8/04 | EXHIBIT G *IO/Full* | Haynes Deposition Exhibit 3    *(Thomas Haynes) (H)* | |
| | EXHIBIT H | Haynes Deposition Exhibit 5 | |
| | EXHIBIT I | Affidavit of Vincent DiPietro | |
| | EXHIBIT J | Curriculum Vitae of James MacDonald | |
| 4/4/04 - | EXHIBIT K *IO/Full 4-8-04* | UL 1598 Chapters 11, 12 and 16   - *(Thomas Haynes) H*   Out | |
| | EXHIBIT L | Curriculum Vitae of Michael O'Boyle | |
| 4-13-04 | EXHIBIT M *Full* | O'Boyle Deposition Exhibit 1 – Test Record | |
| 4-13-04 | EXHIBIT N *Full* | O'Boyle Deposition Exhibit 2 – Test Record | |
| | EXHIBIT O | Installation procedures for Lightolier Frame-In-Kit | |
| | EXHIBIT P | Meta Kantar's notes regarding complaints relating to subject fixture. (Kantar Deposition Exhibit 2) | |
| 4-8-04 | EXHIBIT Q *Full* | National Electric Code Handbook Article 410   H   Out Sections 410-64 through 410-72 | |
| 4-7-04 | EXHIBIT R *Full* | Farmington Department of Public Safety 911 tape Recording of calls relating to subject fire | |
| | EXHIBIT S | Northeast Electrical Testing, Inc. Infrared Survey for Cristino Associates, Inc. March 23, 2002 (Cristino Deposition Exhibit 15, 4/4/02) | |
| | EXHIBIT T | MacDonald drawing of 4 Main Street | |
| 4-6-04 | EXHIBIT U *Full* | MacDonald drawing of 4 Main Street   *Chart "Large"   H* | |

EXHIBIT V          MacDonald timeline

EXHIBIT W          MacDonald Deposition Exhibit 3C diagram of 4 Main Street

EXHIBIT X          NFPA 907 M Determination of Electrical Fire Causes 1988 Edition

EXHIBIT Y          NFPA 921 Fire and Explosion Investigations 1992 Edition

EXHIBIT Z          NFPA 921 Fire and Explosion Investigations 1995 Edition

EXHIBIT AA         NFPA 921 Fire and Explosion Investigations 1998 Edition

EXHIBIT BB         NFPA 921 Fire and Explosion Investigations 2001 Edition


Dated:  March 29, 2004                    RESPECTFULLY SUBMITTED,

                                          LIGHTOLIER, a division of
                                          GENLYTE THOMAS GROUP, L.L.C.,


                                     By: _____
                                          Frederick B. Tedford (ct05335)
                                          TEDFORD & HENRY, LLP
                                          750 Main Street
                                          Hartford, CT  06103
                                          Phone (860) 293-1200
                                          Fax (860) 293-0685
                                          Attorneys for the Defendant
                                          ftedford@tedfordhenry.com

4/6/04    ED - EE  ignition Book - (witness Thomas Haynes) ID
4/6/04    B20  oversized exhibits - power point sketches marshal w/patio) - (H)
                                    Farmington FMfO   fire Marshal candela) ( H)
4/4/04    B22   oversized exhibits
4/8/04    CG   - 2 pcs of charcoal in a ziplock plastic Bag (Haynes) (H)
4/8/04    FF   - New fire marshall Report (H)
4-13-04 DD  - Foil  Bag of installation
4-13-04  F  - full Ligth fixture

## CERTIFICATION

I hereby certify that a copy of the foregoing was served, via U.S. Mails, proper postage affixed, on this 29th day of March, 2004, to all counsel and *pro se* parties of record addressed to the following:

Justin J. Donnelly, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096

Robert W. Cassot, Esq.
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT  06103

Frederick B. Tedford