Exhibits Returned 4/14/04

# United States District Court

DISTRICT OF Connecticut

FILED
2004 APR 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Seaco Ins
v.
Lightolier

plaintiffs - EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01 CV 197 (AHN)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nevas | James Br— | Frederick Tedford |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-5-04, 6,7,8 | Sandra Baldwin | Inman / Gutierrez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| ✓ | | 4-5-04 | | ✓ | P5 - Photo "Property" | |
| | | " | | ✓ | P6 - Photo "Property" | |
| | | " | ✓ | | P5 - Enlarge Photo - Same as exh P5 | |
| | | " | ✓ | | P6 - Enlarge Photo - Same as exh P6 | |
| out → ✓ | | 4-6-04 | ✓ | ✓ | 6 Photo copy pages from a book titled ignition handbook | |
| ✓ | | 4-6-04 | ✗ | ✓ | 1A photo - from the Groton Fire | |
| ✓ | | " | | ✓ | 3 - photo of fixture | |
| ✓ | | " | | ✓ | P24 - photo of Recess light fixture | |
| ✓ | | " | | ✓ | 4 - installation - small piece | |
| ✓ | | " | ✓ | ⊗ | 3A Resume of Thomas Haynes | |
| ✓ | | " | | ✓ | 4A Report of Fire Marshal Vincent DiPietro | |
| ✓ | | " | | ✓ | P49 photo of scorch mark | |
| ✓ | | " | | ✓ | B20 Oversized Exhibits ) (one exhibit) defendants | These were offered by pla - But def exhibits |
| ✓ | | " | | ✓ | B22 oversized exhibits ) defendants | |
| ✓ | | " | | ✓ | 103 photo of No Drywall office | off by pl - pl exhibits |
| ✓ | ✓ | " | | ✓ | D Box of light fixtures, etc... | |
| ✓ | | " | | ✓ | P11 photo ceiling Joyce | |
| ✓ | | " | | ✓ | P21 photo of ceiling Joyce w/ light fixture | |
| ✓ | | " | | ✓ | P74 photo of light fixture | |
| ✓ | | " | | ✓ | P107 photo of charring in ceiling in Joyce channeling | |
| ✓ | | " | | ✓ | P97 photo outside of property near window | |
| ✓ | | " | | ✓ | P83 Photo inside - Roof line | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

AO 187A (REV. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

Seaco Ins vs. Lightolier                CASE NO. 3:01cv197 AHN

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| ✓ | | 4-6-04 | | ✓ | P16 Photo Attic/Roof | H |
| ✓ | | " | | ✓ | P17 Photo Attic/Roof | H |
| | | " | | ✓ | P45 Photo Pipes | H |
| | | 4/8/04 | ✓ | | P68 photo of Joyce Space w/ chasing | |
| ✓ | | " | | ✓ | Same Def exh #16  P131 hand written notes of Thomas Haynes - 2 pages | MISSING |
| ✓ | | " | ✓ | | 4A assignment Report of Thomas Hayes | IO |
| ✓ | | " | ✓ | | 5A over sized chart shown to Jury from ignition Book | IO |
| ✓ | | " | | ✓ | P143 photos of water pipes color plate | H |
| ✓ | | " | | ✓ | P144 photo of water pipe Color plate | H |
| ✓ | | " | | ✓ | 2A 6 photos of burning in the attic area | H |
| ✓ | | 4-13-04 | ✓ | | 133 Articles- release Ligth fixture | #D |
| ✓ | | | ✓ | | P69 Photo - | |
| ✓ | | | | ✓ | P14 Photo | |

Seaco Ins

Page ____ of ____ Pages