# United States District Court

DISTRICT OF _____

Seaco Ins
v.
Lightoli__

**EXHIBIT AND WITNESS LIST**

| | |
|---|---|
| PRESIDING JUDGE  Nevas | CASE NUMBER: 3:01cv197AHN |
| TRIAL DATE(S)  4-14-04 | |
| PLAINTIFF'S ATTORNEY  James B_ldw__ | DEFENDANT'S ATTORNEY  Frederick Tedsford |
| COURT REPORTER  ECRO Baldwin | COURTROOM DEPUTY  Gutierrez |

Court  
FILED  
2004 APR 14 P 3:12  
U.S. DISTRICT COURT  
BRIDGEPORT CONN

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-14-04 | | | Exh # ___ from Jury |
| | | | | | Exh # Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages



COURT'S EXHIBIT
4-14-01  1
3:01CV197 AHN

To find for Plaintiff would we have to conclude that the thermal protector was the specific defect that caused the fire or could ~~the fire~~ we show causation based on a different defect in the light?

GEORGE LUDWIG



COURT'S EXHIBIT 2
3:01CV197AHW

We have a Verdict

George Ludwig