UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR 26  P 3: 29
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ATLANTIC MUTUAL INSURANCE CO.
A/s/o A.G. EDWARDS & SONS, INC.

v

LIGHTOLIER, a division of GENLYLE
THOMAS GROUP, LLC.

And                                                          3:01 cv 197 (AHN)

SEACO INSURANCE a/s/o
CORNER HOUSE ASSOCIATES, LLP

v

LIGHTOLIER, a division of
GENLYTE THOMAS GROUP, LLC

## JUDGMENT

This matter came on for trial before a jury and the Honorable Alan H. Nevas, Senior United States District Judge. On April 14, 2004, after deliberation, the jury returned a verdict in favor of the defendant, Lightolier, a division of Genlyte Thomas Group, L.L.C. and against Seaco Insurance Co, subrogor for Corner House Associates, LLP. On December 1, 2003 a stipulation for judgment of dismissal entered as to Atlantic Mutual Insurance Co, a/s/o A.G. Edwards & Sons, Inc. and Lightolier, a division of Genlyte Thomas Group, L.L.C..

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant Lightolier, a division of Genlyte Thomas Group, LLC..

Dated at Bridgeport, Connecticut, this 26th day of April, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____